KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
DOUGLAS E. LUMISH (Bar No. 183863)
dlumish@kasowitz.com
JEFFREY G. HOMRIG (Bar No. 215890)
jhomrig@kasowitz.com
333 Twin Dolphin Drive, Suite 200
Redwood Shores, CA 94065
Telephone: (650) 453-5170
Facsimile: (650) 453-5171

*Attorneys for Plaintiff Trimble Navigation Limited.*

**FILED**

FEB 03 2012

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| TRIMBLE NAVIGATION LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>BEACON NAVIGATION GMBH and<br>BEACON NAVIGATION INC.,<br><br>Defendants. | Case No. CV 12 00575 JSC<br><br>**COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff Trimble Navigation Limited ("Trimble" or "Plaintiff"), for its Complaint against Defendants Beacon Navigation GmbH ("Beacon GmbH") and Beacon Navigation Inc ("Beacon Inc") (collectively "Beacon"), by and through its undersigned counsel, states and alleges as follows:

**NATURE OF THE ACTION**

1.   This is an action for a Declaratory Judgment of non-infringement and invalidity of U.S. Patent Nos. 5,878,368 ("the '368 patent"), 5,862,511 ("the '511 patent"), 6,029,111 ("the '111 patent"), 6,178,380 ("the '380 patent"), and 6,374,180 ("the '180 patent") (collectively "the Patents-in-Suit").  True and correct copies of the patents in suit are attached hereto as Exhibits A-E.

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, CA 94065

2.   Trimble also seeks a declaration that it has a valid license to the Patents-in-Suit ("License"), and also asserts a claim for breach of the License by Beacon.

**PARTIES**

3.   Plaintiff Trimble is a corporation organized and existing under the laws of California with its principal place of business at 935 Stewart Drive, Sunnyvale, California 94085.

4.   On information and belief Defendant Beacon GmbH is a company organized under the laws of Switzerland.

5.   On information and belief Defendant Beacon Inc. is a company organized under the laws of Samoa.  On information and belief, Beacon Inc. is the parent company of Beacon GmbH and owns all of its stock.

**JURISDICTION AND VENUE**

6.   This action arises under the Declaratory Judgment Act, Title 28, USC §§ 2201, 2202,  the patent laws of the United States, Title 35 of the United States Code, and the Laws of the State of California.  The Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331, 1338(a), 1367, 2201, and 2202.

7.   Venue in this district is proper under 28 U.S.C. § 1391(b), (c) and/or (d).

8.   Personal Jurisdiction is proper in this Court because Beacon has sufficient contacts with California to confer specific and/or general jurisdiction upon this Court.

9.   On October 21, 2011, Beacon GmbH, through its attorneys Freitas, Tseng & Kaufman LLP of Redwood Shores, California, initiated an investigation before the International Trade Commission.  *In the Matter of Certain Automotive GPS Navigation Systems, Components Thereof, and Products Containing Same*, Inv. No. 337-TA-814 ("the ITC Investigation").  The respondents in the ITC Investigation include a number of corporations located in California including:  Honda North America, Inc. of Torrance, California; American Honda Motor Co., Inc. of Torrance, California; Hyundai Motor America of Fountainview, California; Kia Motors America, Inc. of Irvine, California; Mazda Motor of America, Inc. of Irvine, California; American

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
333 TWIN DOLPHIN DRIVE, SUITE 200
REDWOOD SHORES, CA 94065

1 Suzuki Motor Corporation of Brea, California; and Toyota Motor North America, Inc. of

2 Torrance, California.

3        10. The Complaint filed in the ITC Investigation alleges that a "domestic industry in

4 the United States, relating to the GPS navigation technology protected by the Asserted Patents,

5 exists under 19 U.S.C. § 1337(a)(3)(A), (B), and (C), comprising significant investment in plant

6 and equipment, significant investment in labor and capital, and substantial investment in the

7 exploitation of the Asserted Patents, including engineering and research and development." The

8 Complaint also alleges that Beacon GmbH possesses a domestic industry based on the activities of

9 a licensee of Beacon GmbH. The identity of the licensee was redacted in the public version of the

10 Complaint.

11        11. On January 25, 2011, Beacon GmbH, through its attorneys Freitas, Tseng &

12 Kaufman LLP, delivered a Subpoena *Duces Tecum* and *Ad Testifcandum* ("Subpoena") to Trimble

13 in Sunnyvale, California. The Subpoena requires Trimble to deliver documents to and attend a

14 deposition at the Redwood Shores office of Freitas, Tseng & Kaufman LLP. In a cover letter sent

15 with the Subpoena, counsel for Beacon GmbH asserted that "you are likely to have information

16 related to the validity and infringement of U.S. Patent Nos. 6,374,180, 6,178,380, 6,029,111, and

17 5,862,511 due to the GPS chipsets and/or GPS navigation systems that you supply to certain

18 respondents in this Investigation."

19        12. MiTAC International Corp. ("MiTAC"), a predecessor in interest to the Patents-in-

20 Suit, who on information and belief has a license to the Patents-in-Suit, has substantial business

21 activities in California, including a Factory and Assembly Configuration Center in Fremont,

22 California. On information and belief, Beacon Inc. acquired the Patents-in-Suit from MiTAC.

23

24                                **BACKGROUND**

25        13. Trimble has a license to the Patents-in-Suit. Trimble's License allows it to

26 develop, make, have made, use, sell, distribute, provide, dispose of, offer for sale and import

27 products and services covered by the Patents-in-Suit, practice any process, method or procedure

28 covered by the Patents-in-Suit, and otherwise exploit the Patents-in-Suit.

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
333 TWIN DOLPHIN DRIVE, SUITE 200
REDWOOD SHORES, CA 94065

1  14. Beacon GmbH has claimed that it owns all right, title, and interest in the Patents-in-

2  Suit. On information and belief, Beacon GmbH acquired the Patents-in-Suit through an

3  assignment from Beacon Inc.

4  15. In addition to the ITC investigation, Beacon GmbH has brought at least thirty seven

5  lawsuits in the U.S. Court for the District of Delaware ("Delaware Lawsuits") alleging

6  infringement of the Patents-in-Suit.[1]

7  16. Upon learning of the Delaware Lawsuits, Trimble informed Beacon GmbH that

8  Trimble has a license to the Patents-in-Suit, which, among other things, permits it to provide GPS

9  navigation products to its customers. By virtue of the License, Trimble's customers cannot

10  infringe the Patents-in-Suit. Trimble requested that Beacon GmbH dismiss all infringement

11  allegations against Trimble customers based on the use of Trimble-provided technology. Beacon

12  GmbH has denied that the License encompasses Trimble's products.

13  17. In addition, Beacon GmbH has asserted that Trimble is "likely to have information

14  related to the validity and infringement of U.S. Patent Nos. 6,374,180, 6,178,380, 6,029,111, and

15  5,862,511 due to the GPS chipsets and/or GPS navigation systems that [Trimble supplies] to

16  certain respondents in th[e ITC] Investigation."

17  18. Thus, an actual controversy exists between Trimble and Beacon as to whether

18  Trimble has a license to the Patents-in-Suit and whether Trimble's products fall within the scope

19  of any valid claim of the Patents-in-Suit.

20  19. Absent a declaration of non-infringement and/or invalidity of the Patents-in-Suit,

21  and a declaration that Trimble has a valid license to the Patents-in-Suit, Beacon will continue to

22

23  [1] Case Nos. 11-cv-00930-GMS, 11-cv-00932-GMS, 11-cv-00927-GMS, 11-cv-00928-GMS, 11-
cv-00923-GMS, 11-cv-00929-GMS, 11-cv-00922-GMS, 11-cv-00925-GMS, 11-cv-00921-GMS,
24  11-cv-00924-GMS, 11-cv-00933-GMS, 11-cv-00931-GMS, 11-cv-00943-GMS, 11-cv-00935-
GMS, 11-cv-00945-GMS, 11-cv-00946-GMS, 11-cv-00936-GMS, 11-cv-00944-GMS, 11-cv-
25  00937-GMS, 11-cv-00947-GMS, 11-cv-00948-GMS, 11-cv-00949-GMS, 11-cv-00940-GMS, 11-
cv-00939-GMS, 11-cv-00950-GMS, 11-cv-00953-GMS, 11-cv-00941-GMS, 11-cv-00955-GMS,
26  11-cv-00951-GMS, 11-cv-00954-GMS, 11-cv-00957-GMS, 11-cv-00942-GMS, 11-cv-00952-
27  GMS, 11-cv-00959-GMS, 11-cv-00960-GMS, 11-cv-00956-GMS, 11-cv-00958-GMS.

28

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
333 TWIN DOLPHIN DRIVE, SUITE 200
REDWOOD SHORES, CA 94065

4

1 | wrongfully assert the Patents-in-Suit against Trimble's customers, thereby causing Trimble

2 | irreparable injury and damage.

3

4 | **CLAIM I**

5 | (Declaration of Invalidity and Noninfringement of U.S. Patent No. 5,878,368)

6 | 20. Trimble realleges and incorporates by reference preceding paragraphs 1-19 as

7 | though fully set forth herein.

8 | 21. Trimble has not, and does not currently, make, use, sell, or offer to sell devices,

9 | processes, systems or services that infringe any valid claim of the '368 patent literally or under the

10 | doctrine of equivalents.

11 | 22. Trimble has not, and does not currently contribute to, or induce infringement of,

12 | any valid claim of the '368 patent.

13 | 23. The claims of the '368 patent are invalid for failure to comply with one or more of

14 | the conditions for patentability set forth in Title 35 of the United States Code, including without

15 | limitation, Sections 102, 103, and/or 112.

16 | 24. Trimble is entitled to judgment that the claims of the '368 patent are invalid and not

17 | infringed by Trimble.

18

19 | **CLAIM II**

20 | (Declaration of Invalidity and Noninfringement of U.S. Patent No. 5,862,511)

21 | 25. Trimble realleges and incorporates by reference preceding paragraphs 1-19 as

22 | though fully set forth herein.

23 | 26. Trimble has not, and does not currently, make, use, sell, or offer to sell devices,

24 | processes, systems or services that infringe any valid claim of the '511 patent literally or under the

25 | doctrine of equivalents.

26 | 27. Trimble has not, and does not currently contribute to, or induce infringement of,

27 | any valid claim of the '511 patent.

28

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
333 TWIN DOLPHIN DRIVE, SUITE 200
REDWOOD SHORES, CA 94065

28. The claims of the '511 patent are invalid for failure to comply with one or more of the conditions for patentability set forth in Title 35 of the United States Code, including without limitation, Sections 102, 103, and/or 112.

29. Trimble is entitled to judgment that the claims of the '511 patent are invalid and not infringed by Trimble.

## CLAIM III

(Declaration of Invalidity and Noninfringement of U.S. Patent No. 6,029,111)

30. Trimble realleges and incorporates by reference preceding paragraphs 1-19 as though fully set forth herein.

31. Trimble has not, and does not currently, make, use, sell, or offer to sell devices, processes, systems or services that infringe any valid claim of the '111 patent literally or under the doctrine of equivalents.

32. Trimble has not, and does not currently contribute to, or induce infringement of, any valid claim of the '111 patent.

33. The claims of the '111 patent are invalid for failure to comply with one or more of the conditions for patentability set forth in Title 35 of the United States Code, including without limitation, Sections 102, 103, and/or 112.

34. Trimble is entitled to judgment that the claims of the '111 patent are invalid and not infringed by Trimble.

## CLAIM IV

(Declaration of Invalidity and Noninfringement of U.S. Patent No. 6,178,380)

35. Trimble realleges and incorporates by reference preceding paragraphs 1-19 as though fully set forth herein.

36. Trimble has not, and does not currently, make, use, sell, or offer to sell devices, processes, systems or services that infringe any valid claim of the '380 patent literally or under the doctrine of equivalents.

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
333 TWIN DOLPHIN DRIVE, SUITE 200
REDWOOD SHORES, CA 94065

1    37. Trimble has not, and does not currently contribute to, or induce infringement of,

2  any valid claim of the '380 patent.

3    38. The claims of the '380 patent are invalid for failure to comply with one or more of

4  the conditions for patentability set forth in Title 35 of the United States Code, including without

5  limitation, Sections 102, 103, and/or 112.

6    39. Trimble is entitled to judgment that the claims of the '380 patent are invalid and not

7  infringed by Trimble.

8

9    **CLAIM V**

10    (Declaration of Invalidity and Noninfringement of U.S. Patent No. 6,374,180)

11    40. Trimble realleges and incorporates by reference preceding paragraphs 1-19 as

12  though fully set forth herein.

13    41. Trimble has not, and does not currently, make, use, sell, or offer to sell devices,

14  processes, systems or services that infringe any valid claim of the '180 patent literally or under the

15  doctrine of equivalents.

16    42. Trimble has not, and does not currently contribute to, or induce infringement of,

17  any valid claim of the '180 patent.

18    43. The claims of the '180 patent are invalid for failure to comply with one or more of

19  the conditions for patentability set forth in Title 35 of the United States Code, including without

20  limitation, Sections 102, 103, and/or 112.

21    44. Trimble is entitled to judgment that the claims of the '180 patent are invalid and not

22  infringed by Trimble.

23

24    **CLAIM VI**

25    (Declaration of a Valid Patent License)

26    45. Trimble realleges and incorporates by reference preceding paragraphs 1-19 as

27  though fully set forth herein.

28    46. The License Agreement is valid, enforceable and binding on Beacon.

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
333 TWIN DOLPHIN DRIVE, SUITE 200
REDWOOD SHORES, CA 94065

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
333 TWIN DOLPHIN DRIVE, SUITE 200
REDWOOD SHORES, CA 94065

## CLAIM VII

(Breach of Patent License)

47. Trimble realleges and incorporates by reference paragraphs 1-19 as though fully set forth herein.

48. Trimble's License is valid, enforceable and binding on Beacon.

49. Beacon's commencement and/or continued prosecution of the ITC Investigation and the Delaware Lawsuits against Trimble customers constitutes a breach the License.

50. Beacon's breach has caused Trimble damages, including but not limited to expenses associated with responding to Beacon's Subpoena.

## DEMAND FOR RELIEF

WHEREFORE, Trimble demands:

A. That the Court enter judgment in favor of Trimble and against Beacon on all claims in Trimble's Complaint;

B. That Trimble be found not to have infringed the '368, '511,'111, '380, and '180 patents;

C. That the '368, '511,'111, '380, and '180 patents be declared to be invalid and unenforceable against Trimble;

D. That Trimble be found to have a valid license to practice the subject matter claimed in the '368, '511,'111, '380, and '180 patents;

E. That Beacon breached the License Agreement.

F. That Trimble be awarded monetary damages including compensatory damages, treble damages, punitive damages, and attorneys' fees and costs;

G. That Trimble be awarded expenses and costs;

H. That Trimble be awarded such other relief as this Court deems proper.

1

## DEMAND FOR TRIAL BY JURY

2    Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Trimble hereby demands a

3    trial by jury on all issues so triable.

4

5    DATED: February 3, 2012

6                                    KASOWITZ, BENSON, TORRES &
                                     FRIEDMAN LLP
7

8                                    By:

9                                       Douglas E. Lumish
                                        Jeffrey G. Homrig

10

11                                      *Attorneys for Plaintiff*
                                        *Trimble Navigation Limited*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

9

Complaint; Case No. _____

# EXHIBIT A



US005878368A

# United States Patent [19]

## DeGraaf

[11] **Patent Number:** 5,878,368

[45] **Date of Patent:** *Mar. 2, 1999

[54] **NAVIGATION SYSTEM WITH USER DEFINABLE COST VALUES**

[75] Inventor: **Brent L. DeGraaf**, Canton, Mich.

[73] Assignee: **Magellan DIS, Inc.,** Rochester Hills, Mich.

[ * ] Notice: This patent issued on a continued prosecution application filed under 37 CFR 1.53(d), and is subject to the twenty year patent term provisions of 35 U.S.C. 154(a)(2).

[21] Appl. No.: **713,627**

[22] Filed: **Sep. 13, 1996**

[51] Int. Cl.⁶ ..................................................... G06G 7/78

[52] U.S. Cl. .......................... **701/209**; 701/201; 701/210; 73/178 R; 340/990; 340/988

[58] Field of Search ................................... 701/200, 201, 701/202, 208, 209, 210, 212, 215, 216, 213, 211, 25, 26; 340/988, 990, 995; 73/178 R

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,086,632 | 4/1978 | Lions | 701/210 |
| 5,031,104 | 7/1991 | Ikeda et al. | 701/209 |
| 5,220,507 | 6/1993 | Kirson | 701/202 |
| 5,289,195 | 2/1994 | Inoue | 701/208 |
| 5,311,173 | 5/1994 | Komura et al. | 701/208 |
| 5,369,588 | 11/1994 | Hayami et al. | 701/209 |
| 5,371,678 | 12/1994 | Nomura | 701/210 |
| 5,406,490 | 4/1995 | Braegas | 701/209 |
| 5,428,545 | 6/1995 | Maegawa et al. | 701/201 |
| 5,465,088 | 11/1995 | Braegas | 340/905 |
| 5,475,387 | 12/1995 | Matsumoto | 701/25 |
| 5,513,110 | 4/1996 | Fujiita et al. | 701/207 |
| 5,521,826 | 5/1996 | Matsumoto | 701/208 |
| 5,568,390 | 10/1996 | Hirota et al. | 701/209 |
| 5,612,882 | 3/1997 | LeFebvre et al. | 701/209 |
| 5,638,280 | 6/1997 | Nishimura et al. | 701/209 |
| 5,684,704 | 11/1997 | Okazaki | 701/201 |
| 5,712,788 | 1/1998 | Liaw et al. | 701/209 |
| 5,717,593 | 2/1998 | Gvili | 701/207 |
| 5,729,458 | 3/1998 | Poppen | 701/25 |
| 5,731,978 | 3/1998 | Tamai et al. | 701/201 |

*Primary Examiner*—Jacques H. Louis-Jacques
*Attorney, Agent, or Firm*—Howard & Howard

[57] **ABSTRACT**

A navigation system permits the user to designate certain roads or areas to avoid when planning a route. The navigation system generally includes a database of road segments and a cost associated with the road segments, such as estimated time of travel across that road segment and estimated length of travel across that road segment. The navigation system determines a route from a selected beginning point to a desired destination by evaluating the cost of the road segments to be traveled in several potential routes and recommends the potential route having the lowest total cost. The user can selectively modify the cost of selected road segments to indicate a preference or avoidance of such roads. By increasing the cost of a road segment, the navigation system is less likely to recommend a potential route which includes that road segment. Similarly, by decreasing the cost of a selected road segment, the navigation system is more likely to recommend a potential route which includes that road segment.

**26 Claims, 3 Drawing Sheets**



Case3:12-cv-00575-JSC   Document1-1   Filed02/03/12   Page12 of 47



*Fig - 1*



*Fig - 3*



Fig-2

Case3:12-cv-00575-JSC   Document1-1   Filed02/03/12   Page14 of 47



*Fig-4*

5,878,368

1

## NAVIGATION SYSTEM WITH USER DEFINABLE COST VALUES

### BACKGROUND OF THE INVENTION

This invention generally relates to navigation or route guidance systems that can be tailored to a user's particular wishes.

Navigation systems generally provide a recommended route from a starting point to a desired destination. Generally the starting point and desired destination are selected from a large database of roads stored in a mass media storage, such as a CD ROM, which includes the roads in the area to be traveled by the user. The navigation system can be located in a personal computer or can be installed in a vehicle. If the navigation system is installed in a vehicle, the starting point is typically the current position of the vehicle, which can be input from an associated positioning determining device, such as a GPS (Global Positioning System) receiver.

The navigation system determines a route from the starting point to the destination utilizing an algorithm well-known to those in the art and currently in use in many navigation systems. Usually there are many potential routes between the selected starting point and the desired destination. The navigation system selects a recommended route based upon certain "cost" values associated with each segment of road in the road database. These cost values include the length of the road segment and the estimated time of travel through the road segment. The navigation system selects the potential route with the lowest total cost to be the recommended route. Depending upon the predetermined algorithm of the navigation system, the navigation system will recommend the route with the shortest total length, the lowest total time, or some weighted average of length and time.

The recommended route is then displayed to the user as a map showing the starting point and desired destination and highlighting the recommended route. Preferably, if the navigation system is installed in a vehicle, the navigation system displays the current position of the vehicle and turn-by-turn instructions to the driver, guiding the driver to the selected destination.

Some drivers prefer to avoid certain roads that they believe to be congested or certain areas that they believe to be unsafe. Some drivers may have a preference or aversion for particular types of roads such as highways or toll roads. Further, a route which is the shortest distance is sometimes preferred, while a route which is the lowest total time of travel is preferred at other times.

Current navigation systems have several limitations in how they select a potential route as the recommended route. The known navigation systems permit the driver to select one of the following preferences: fastest route; shortest route; use highways; avoid highways. However, the known systems do not permit the driver to adjust a weighting factor to be given to these preferences; nor can the driver adjust a balance between the fastest and shortest routes. Further, the known navigation systems do not permit the user to designate selected areas or roads to avoid or to adjust a preference/aversion factor of the road or area.

### SUMMARY OF THE INVENTION

The present invention provides a navigation system which permits the user to modify the cost of roads when planning a route. The navigation system generally includes a database of roads to be traveled by a user. Each road in the database

2

includes a "cost" for each road segment, such as estimated time of travel across that road segment and estimated length of travel across that road segment. A beginning point relative to the database of roads is input from a position determining device, such as a GPS system, or is input by the user, utilizing a mouse, keyboard or joystick. The user then selects a desired destination relative to the database of roads. The user selectively adjusts the cost for selected road segments or groups of road segments. When the navigation system determines a route from the selected beginning point to the desired destination, the navigation system evaluates the cost of the road segments to be traveled in several potential routes and recommends the potential route having the lowest total cost.

Because the user can selectively modify the cost of selected road segments, the user can indicate a preference or avoidance of such roads which will be considered by the navigation system when planning a route. For example, if the cost of a road segment is increased, the navigation system is less likely to recommend a potential route which includes that road segment. Similarly, if the cost of a selected road segment is decreased, the navigation system is more likely to recommend a potential route which includes that road segment.

Adjusting the cost of selected road segments can have many potential applications. First, by increasing the cost of certain road segments selected by the user, the user can indicate the road segments that the user desires to avoid, because the user believes these road segments to be congested or in an unsafe area. Alternatively, the navigation system can include a data receiving device which receives information regarding congested road segments and automatically updates congestion level values associated with each road segment.

By categorizing each road segment into a road type, such as highway, toll road, etc., the user can modify the cost of selected types of roads, thereby indicating a preference for highways or toll roads or an aversion to highways or toll roads. Further, by modifying the estimated time of travel of road segments differently than the estimated length of travel of road segments, the user can adjust the preference for a route having a low estimated time of travel or a low estimated distance of travel.

### BRIEF DESCRIPTION OF THE DRAWINGS

The above, as well as other advantages of the present invention, will become readily apparent to those skilled in the art from the following detailed description of a preferred embodiment when considered in the light of the accompanying drawings in which:

FIG. 1 is a schematic of the navigation system of the present invention installed in a vehicle having a position determining device;

FIG. 2 is a flow chart of the navigation system of FIG. 1;

FIG. 3 is a screen of the display of the navigation system of FIG. 1 illustrating a route guidance instruction;

FIG. 4 is a flow chart of the Route Planning routine in FIG. 2.

### DETAILED DESCRIPTION OF A PREFERRED EMBODIMENT

The navigation system 20 of the present invention is shown schematically in FIG. 1. The navigation system 20 includes a CPU 22 connected to a display 24, such as a high resolution LCD or flat panel display. The CPU 22 is also

5,878,368

3                                           4

connected to an input device 26, such as a mouse or keyboard. Alternatively, the display 24 can be a touch screen display. The navigation system 20 further includes a database 28 connected to the CPU 22. The database 28 is a mass media storage device, such as a CD ROM which includes a map of all of the roads in the area to be traveled by the user. Each road in the database is divided into road segments, each having an associated set of cost values, which indicate the "cost" of traveling that road segment. For example, the cost values include the length of the road segment, the estimated time to travel the road segment, the type of road (i.e. highway, secondary road, toll road, one way, etc.), and congestion level.

The navigation system 20 can, but need not, be installed in a vehicle 32. The navigation system 20 can be used in conjunction with position-determining devices, such as a GPS system 34, a gyroscope 36, a compass 38, and a wheel speed sensor 40, all connected to the CPU 22 [connections not shown for simplicity]. Such position determining devices are well known and are commercially available. Preferably, a combination of these position determining devices is utilized. The navigation system 20 further includes a data receiver 42, such as a radio receiver for receiving up-to-date broadcast information regarding the congestion levels of area road segments. Congestion-monitoring devices are known and currently used to automatically monitor the congestion levels of certain road segments, typically near intersections. Preferably, information regarding congestion from the congestion-monitoring devices is broadcast to the surrounding area and received by the data receiver 42. The data receiver 42 sends the congestion information to the CPU 22, which stores the updated congestion information. Alternatively, many radio stations broadcast information regarding the congestion levels of area road segments. This congestion information can be added manually by the user to the CPU 22.

The operation of the navigation system 20 is shown in FIG. 2. For purposes of illustration, the navigation system 20 of the present invention will be described as installed in a vehicle 32 having position determining devices. At power-up, the navigation system 20 preferably begins in the main menu 50, which informs the user that he may elect to plan a route 52, edit congested roads 54, or edit routing criteria 56.

By selecting to edit congested roads in step 54, the user can delete items from the congested road list in step 96, add items to the congested road list in step 98, or edit the congestion levels in step 99. If the user elects to add items in step 98, the display 24 prompts the user to select a road segment from a local area, a road segment in another area, or all road segments in an area. Utilizing the mouse 26, if the user wishes to add all road segments in an area to the congested road list, the user selects a state in step 100 and a city or area in step 102. The user then sets the congestion level in step 103. Preferably, the congestion level is selected from at least 3 levels and most preferably 14 levels. Preferably, the lowest congestion level assigns a congestion value of 1.0, signifying no known congestion. Level 14, the highest level, would assign a congestion level on the order of 10,000, indicating an almost absolute avoidance, unless there is no alternate route, such as if the destination or beginning point is located on that road segment. Preferably, the congestion value for each level increases approximately by a factor of 1.7, such that the congestion value is assigned by level 2 is 1.7, level 3 is 2.89, level 4 is 4.9 and level 5 is 8.35, etc.

If the user elects to add a road segment in the immediate area surrounding the present vehicle location, the user

selects a road in step 108 by entering the first few letters of the road name and then selecting the road from an alphabetized list. If the user elects to add a road in another area, the user must first select a state in step 110 and a city or area in step 112.

After selecting a road in step 108, the user selects a particular road segment or segments in step 114 such that the congested area includes a road segment between selected exits, a single exit, a single intersection, the entire road within a city, the entire road within an area, etc. If the user has not selected a road segment which is a one way street, the user can select to edit the congestion level in a single direction or in both directions in step 116. The congestion level is then set in step 103.

If the user elects to delete items from the congested road list in step 96, a list of all roads, cities, areas, or road segments for which a congestion level has been set, is displayed. Utilizing the mouse 26, the user selects an item or items to be deleted from the congested road list. The user can utilize this adjustment to select or not select roads, geographic areas, etc. that the user wishes to avoid or use for purely personal reasons. The display at step 96 may include the legend "Edit Personal Preference", or a separate election can be add to the system for personal preference. The user would increase the congestion value for an area or road that he wishes to avoid. Also, the system could include a display or "Personal Preference" that can be adjusted and then used similarly to the congestion value.

The user can also elect to edit the congestion levels in step 99, in which case the entire list of roads, road segments, cities, and areas is displayed. The user selects an item from the list utilizing the mouse 26, and sets the congestion level for that item in step 103.

If the user elects to edit the routing criteria 56 from the main menu 50, the user can modify the time/distance factor in step 128 utilizing the mouse 26. Preferably, the user selects one of at least 7 levels for the time/distance factor. The time/distance factor is a value to be multiplied by an estimated time of travel to weight it for comparison against an estimated length of travel. The lowest level, level 1, would preferably have a time/distance factor of zero miles per hour, indicating an absolute preference for the route having the lowest estimated time of travel, rather than shortest length of travel. The highest level, level 7, would preferably have a time/distance factor of 1000 miles per hour, indicating an almost absolute preference for the lowest length of travel route, rather than the lowest estimated time of travel route. The middle level, level 4, would preferably have a time/distance factor of 45 miles per hour, indicating a medium preference between the route having the lowest estimated time of travel and the road having the lowest estimated length of travel. The other levels would have intermediate time/distance factors.

From the routing criteria menu 56, the user can elect to modify the highway preference/avoidance factor in step 132. The highway preference/avoidance factor multiplies the cost of any highways in potential routes. Preferably, the display 24 displays at least 7 levels to the user, which can be selected using the mouse 26. The middle level, level 4, would have a highway preference/avoidance factor of 1.0, indicating no preference or avoidance of highways. Level 1, avoidance, would preferably have a highway preference/avoidance factor of 1000, indicating an almost absolute total avoidance of highways. Level 7, preference, would preferably have a highway preference/avoidance factor of 0.2, indicating a preference for highways, by effectively decreasing the cost

5,878,368

5                                           6

of highways by a factor of 5. Preferably, the navigation system **20** further includes the data receiver **42** which receives information regarding congested road segments in the surrounding area and sends the congestion information to the CPU **22**, where the congestion levels of the appropriate road segments are updated. Alternatively, or in addition, the data receiver **42** can be a standard radio which receives local broadcasts regarding the congestion levels of area road segments, in which case the user could manually update the congestion levels for the appropriate road segments.

From the routing criteria menu **56**, the user can also elect to modify the toll roads preference/avoidance factor in step **136**. Preferably, the display **24** displays to the user at least 7 levels for the toll road preference/avoidance factor, which can be selected utilizing the mouse **26**. The middle level, level **4**, would have a toll road preference/avoidance factor of 1.0, indicating no preference or avoidance of toll roads. Level **1**, avoidance, would preferably have a toll road/ avoidance factor of 10, indicating an avoidance of toll roads so long as the cost is otherwise increased by less than a factor of 10. Level **7**, preference, would preferably have a toll road preference/avoidance factor of 0.2, indicating a preference for toll roads so long as the cost is not otherwise increased by a factor of 5. The remaining levels would have appropriately scaled intermediate factors.

If the user elects to plan a route **52**, the navigation system **20** inputs a starting point relative to the database **28** in step **157**. If the navigation system **20** includes a position determining devices, the current position of the vehicle **32** is input as the starting point for the route to be planned. Otherwise the user selects a starting point utilizing the display **24** and mouse **26**. Preferably the user types in the first few letters of the name of the road and then selects the starting point road from a list of roads. The user then selects an intersection or address as a beginning point.

The navigation system **20** then inputs the destination. In step **158**, the user selects a destination from the local area surrounding the current vehicle position or from all areas. If the user wishes to select a destination from a local area, the user selects a road as the destination to which the route will be guided in step **160**. Otherwise the user must first select a state in step **162** and a city or area in step **164**. In step **166**, the navigation system **20** requests whether to plan the route to a specific intersection of the selected road in step **168**, a specific address on the selected road in step **170** or the nearest point on the selected road in step **172**.

In step **176**, the navigation system **20** plans a route from the starting point to the selected destination utilizing the roads in the database **28**. The navigation system **20** evaluates the total cost of a plurality of potential routes between the starting point and selected destination. The navigation system **20** selects the potential route from the starting point to the selected destination which has the lowest total cost as modified by the user in the Route Planning routine **176**, described more fully below.

If the vehicle **32** is moving when the route planning routine **176** is completed, the display **24** of the navigation system **20** displays route guidance information in step **178**. Preferably, the navigation system **20** displays "turn-by-turn" information to the driver, i.e., the display **24** displays a map of the immediate area showing the present position of the vehicle and the next maneuver in the recommended route. If the vehicle **32** is stationary at the time the route planning routine **176** is complete, the display **24** preferably displays a list of the road segments in the recommended route in step

**180**. As the user scrolls up and down through the road segments in the recommended route list, a graphical image of the recommended maneuver (i.e., turn right or turn left) is displayed adjacent the route list. In step **182**, the user can edit the route list by selecting one of the segments in the recommended route list. In step **186**, the user adds the selected road segment from the recommended route list to the congested roads list. In step **190**, the user sets the congestion level for the selected road segment. Preferably, if the item was not previously on a congested road list, the congestion value is set to 1.7. If the road segment was already on the congested road list, the congestion value is multiplied by 1.7 in step **190**. If the user edits the route list, the navigation system **20** must replan the route in step **176**, utilizing the new cost values. If the vehicle **32** is moving, the navigation system **20** will then proceed to step **178**, where the display **24** will display turn-by-turn route guidance instructions to the driver. As shown in FIG. 3 the display **24** preferably displays a map of the immediate area showing the present position of the vehicle and the next maneuver in the recommended route.

The Route Planning routine **176** is shown in detail in FIG. 4. First, the CPU **22** determines potential routes from the beginning point to the desired destination in the road database **28** in step **194**. In step **196**, the CPU **22** multiplies the cost of each road segment by the congestion level for that road segment if the congestion level has been set. For example, if one of the road segments in one of the potential routes from the starting point to the selected destination includes a congestion value of 1.7, the length and estimated time of travel for that road segment are multiplied by 1.7.

In step **198**, the CPU **22** multiplies the cost of each road segment which is a highway by the highway preference/ avoidance factor. If the user has defined a preference/ avoidance value for highways, the cost (time and length) of the highway road segments in the potential routes are multiplied by the highway preference/avoidance value. If highways are preferred, the highway preference/avoidance value is less than 1, thereby reducing the length and estimated time of travel for purposes of estimating the "cost" of travelling highways. If the highway preference/avoidance value is greater than 1, the length and estimated time of travel of highway road segments will be increased, thereby increasing the "cost" of highway road segments.

In step **200**, the CPU **22** multiplies the cost of any potential road segments which are toll roads by the toll road preference/avoidance factor. Again, a value less than one would reduce the effective cost of travelling toll roads, thereby indicating a preference for toll roads. A value greater than one would increase the effective cost of toll roads, thereby indicating an aversion to toll roads.

In step **202**, the CPU **22** selects the potential route which has the lowest total time cost, after factoring in the aforementioned user preferences. Similarly, in step **204**, the CPU **22** selects the potential route which has the lowest distance cost, after factoring in the afore-mentioned user preferences.

In step **206**, the CPU **22** compares the lowest time cost potential route with the lowest distance cost potential route. The time cost of the lowest time cost route is multiplied by the time/distance factor to convert it to a distance to be compared to the distance cost in the lowest distance cost potential route.

In step **208**, the CPU **22** selects the route with the lower distance cost, after converting the time of the lowest time cost route to distance utilizing the time/distance factor. For example, at level **1**, the time/distance factor would be set to

5,878,368

7

zero, in which case the lowest time cost potential route would always be selected over the lowest distance cost route. At level 4, each hour in the lowest time cost route would be converted to 45 miles, indicating a medium balance between the shortest route and the quickest route. At level 7, each hour in the lowest time cost route would be converted to 1000 miles, which would effectively ensure that the lowest distance route would have a lower cost than the lowest time cost route, indicating a strong preference for the shortest route rather than the quickest route.

Preferably, the settings selected by the user are stored and are utilized when the user plans the next route to a new destination. Optionally, the navigation system **20** can reset the congestion levels, highway preference/avoidance, toll road preference/avoidance and time v cost factor when the navigation system **20** is turned off, or when the destination is reached.

In accordance with the provisions of the patent statutes, the present invention has been described in what is considered to represent its preferred embodiment. However, it should be noted that the invention can be practiced otherwise than as specifically illustrated and described without departing from its spirit or scope.

What is claimed is:

1. A navigation system comprising:
   a database of road segments to be travelled by a user, said database including a cost associated with each said road segment;
   a system for selecting a beginning point relative to said database of roads;
   a user input device for selecting a desired destination relative to said database of roads, said user input device manually selecting at least one of said road segments and adjusting said cost of said at least one selected road segment; and
   a system for determining a route from said database of roads between said beginning point and said desired destination based upon said adjusted cost of said selected at least one road segment.

2. The navigation system of claim 1 wherein said user input device enters the first few letters of said selected road segment, said user input device selecting said selected road segment from a list of road segments including said first few letters.

3. The navigation system of claim 1 wherein said user input device selects a city and adjusts the cost for a plurality of road segments in said selected city.

4. The navigation system of claim 1 wherein said user input device selects from at least three values in order to adjust said cost of said at least one selected road segment.

5. The navigation system of claim 1 wherein said system for adjusting said cost includes a system for receiving congestion information, said congestion information including identification of a congested area.

6. The navigation system of claim 1 wherein said user input device selects a road segment to avoid, said system for adjusting said cost increasing the cost for said selected road segment to avoid.

7. The navigation system of claim 1 wherein said system for determining a route recommends a plurality of recommended road segments in said route, said user input device selecting at least one, but not all, of said plurality of recommended road segments, said user input device selectively editing the cost of said selected at least one of said recommended road segments, said system for determining a route determining a second route including said plurality of

8

recommended road segments other than said selected at least one road segment.

8. The navigation system of claim 1 further including a memory storing each selected road segment for which the cost has been adjusted and the associated adjusted cost of said selected road segment, wherein said beginning point is a first beginning point, said destination is a first destination and said route is a first route, said system for determining a route determining a second route from said database of roads between a second beginning point different from said first beginning point and a second desired destination based upon said adjusted cost of each said selected road segment as stored in said memory.

9. The navigation system of claim 8 wherein each said selected road segment and its associated adjusted cost is further associated with a user.

10. The navigation system of claim 1 wherein said road segments each have an associated road type, said user input device selecting a road type and adjusting the cost for all road segments of said selected type.

11. The navigation system of claim 10 wherein said road type includes freeways.

12. The navigation system of claim 1 wherein said user input device selects between decreasing and increasing the cost of said selected road segment.

13. A navigation system comprising:
   a database of road segments to be travelled by a user, said database including a cost associated with each said road segment, said road segments each having a time cost and a distance cost;
   a system for selecting a beginning point relative to said database of roads;
   a user input device for selecting a desired destination relative to said database of roads;
   a system for adjusting said cost of at least one selected road segment of said plurality of road segments utilizing said user-input device; and
   a system for determining a route from said database of roads between said beginning point and said desired destination based upon said adjusted cost of said selected road segment, said system for determining a route comparing the time cost of a first road segment with a distance cost of a second road segment and recommending a route based upon a time/distance weighting factor, said user input device adjusting said time/distance weighting factor.

14. The navigation system of claim 13 wherein said road segments each have an associated road type, said system for adjusting said cost adjusting the cost for all road segments of a selected type.

15. A method for planning a route including the steps of:
   a) selecting a beginning point relative to a database of roads;
   b) selecting a destination relative to said database of roads;
   c) manually selecting a road segment from said database of roads;
   d) adjusting a cost associated with said selected road segment; and
   e) determining a route from said database of roads from said beginning point to said destination based upon said adjusted cost of said selected road segment.

16. The method for planning a route according to claim 15 wherein said step c) further includes the steps of:
   entering the first few letters of the name of said selected road segment;

5,878,368

**9**

selecting said road segment from a list of road segments having said first few letters.

**17.** The method for planning a route according to claim **15** further including the steps of:

associating an estimated time of travel with said road segment;

associating a length of travel with said road segment; and

adjusting the cost of a road segment proportionally to its estimated time of travel or estimated length of travel.

**18.** The method for planning a route according to claim **15** further including the steps of:

selecting a time/distance factor for evaluating the cost of potential routes between said beginning point and said desired destination;

selectively adjusting said time/distance factor; and

determining a route from said database of roads from said beginning point to said desired destination based upon said time/distance factor, said estimated time of travel and said length of travel.

**19.** The method for planning a route according to claim **15** further including the steps of:

determining a present position relative to said database of roads; and

selecting said present position relative to said database of roads as said beginning point.

**20.** The method for planning a route according to claim **15** further including the steps of:

displaying a list of road segments for which the cost has been adjusted;

selecting said selected road segment from said list of road segments; and

adjusting the cost of said selected road segment.

**21.** The method for planning a route according to claim **15** wherein said step d) includes the step of decreasing the cost of said selected road segment.

**22.** The method for planning a route according to claim **15** wherein said step d) includes the step of selecting between increasing or decreasing the cost of said selected road segment.

**23.** A method for planning a route including the steps of:

a) selecting a beginning point relative to a database of roads;

b) selecting a destination relative to said database of roads;

c) adjusting a cost associated with a selected road segment in said database of roads; and

d) selecting a time/distance factor for evaluating the cost of potential routes between said beginning point and said desired destination;

e) comparing the estimated time of travel of a first potential route with the length of travel of a second potential route utilizing said time/distance factor;

**10**

f) determining a route from said database of roads from said beginning point to said desired destination based upon said time/distance factor, said estimated time of travel and said length of travel.

**24.** A method for planning a route including the steps of:

a) selecting a beginning point relative to a database of roads;

b) selecting a destination relative to said database of roads;

c) selecting a road segment to avoid;

d) increasing the cost of said road segment;

e) comparing said increased cost for said road segment to avoid with a cost of an alternative route not including said road segment; and

f) determining a route from said database of roads from said beginning point to said destination based upon said increased cost.

**25.** The method for planning a route according to claim **24** further including the steps of:

displaying a first route comprising a plurality of road segments from said beginning point to said destination;

selecting one of said plurality of road segments as a road segment to avoid; and

determining a second route to said destination from said position of said vehicle, said second route not including said road segment to avoid.

**26.** A method for planning a route including the steps of:

a) selecting a beginning point relative to a database of roads, said database of roads having a plurality of road segments;

b) selecting a destination relative to said database of roads;

c) associating a time cost with each said road segment;

d) associating a distance cost with each said road segment;

e) selecting a first time/distance factor;

f) selecting a first recommended route from said beginning point to said destination based upon said time cost of said road segments, said distance cost of said road segments and said first time/distance factor;

g) changing said first time/distance factor after said step f) to a second time/distance factor; and

h) selecting a second recommended route from said beginning point to said destination based upon said time cost of said road segments, said distance cost of said road segments and said second time/distance factor, said second recommended route including at least one road segment not included in said first recommended route.

\* \* \* \* \*

# EXHIBIT B



US005862511A

# United States Patent [19]

## Croyle et al.

| [11] | Patent Number: | **5,862,511** |
|---|---|---|
| [45] | **Date of Patent:** | **Jan. 19, 1999** |

[54] **VEHICLE NAVIGATION SYSTEM AND METHOD**

[75] Inventors: **Steven R. Croyle**, Franklin; **Larry E. Spencer, II**, Lake Orion; **Ernie R. Sittaro**, Romeo, all of Mich.

[73] Assignee: **Magellan DIS, Inc.**, Rochester Hills, Mich.

[21] Appl. No.: **580,150**

[22] Filed: **Dec. 28, 1995**

[51] Int. Cl.$^6$ ...................................................... G06G 7/48
[52] U.S. Cl. .......................... **701/213**; 701/214; 701/215; 701/208; 73/178 R
[58] Field of Search ...................................... 364/460, 461, 364/444.1, 449.1, 450, 447, 449.7, 449.3, 454, 453, 448, 440, 443; 340/988, 990, 995; 73/178 R; 342/357, 457, 352, 451; 701/207, 208, 213, 214, 215, 221, 220, 216

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,749,893 | 7/1973 | Hileman | 235/150.27 |
| 3,789,198 | 1/1974 | Henson et al. | 235/150.27 |
| 3,845,289 | 10/1974 | French | 235/151.2 |
| 3,984,806 | 10/1976 | Tyler | 340/23 |
| 4,032,758 | 6/1977 | Lewis | 235/150.2 |
| 4,086,632 | 4/1978 | Lions | 364/444 |
| 4,107,689 | 8/1978 | Jellinek | 343/112 TC |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 0 059 435 | 9/1982 | European Pat. Off. . |
| 0 061 564 1 | 10/1982 | European Pat. Off. . |
| 0 069 965 | 1/1983 | European Pat. Off. . |
| 0 103 847 | 3/1984 | European Pat. Off. . |
| 0110 171 | 6/1984 | European Pat. Off. . |
| 0 118 886 | 9/1984 | European Pat. Off. . |
| 0181012 | 5/1986 | European Pat. Off. . |
| 0 471 405 | 2/1992 | European Pat. Off. . |

(List continued on next page.)

OTHER PUBLICATIONS

Integration of GPS and Dead Reckoning Navigation Systems by Wei–Wen Kao published Jan. 10, 1991 in the Institute of Electrical and Electronics Engineers.
Brochure: Fleet–Trak: Fleet Management System.
McLellan, et al., Application of GPS Positioning to Management of Mobile Operations, pp. 1–16; 1991.
Stanley K. Honey; A Novel Approach to Automotive Navigation and Map Display, pp. 40–43.
Siemens, Ali–Scout System;.
G. C. Larson; Evaluation of an AVM System Implemented City–Wide in St. Louis, pp. 378–383.
Brochure: NavTrax 1000 Fleet Management System.

(List continued on next page.)

*Primary Examiner*—Jacques H. Louis-Jacques
*Attorney, Agent, or Firm*—Howard & Howard

[57] **ABSTRACT**

The improved vehicle navigation system and method uses information from a Global Positioning System (GPS) to obtain velocity vectors, which include speed and heading components, for "dead reckoning" the vehicle position from a previous position. If information from the GPS is not available, then the improved vehicle navigation system uses information from an orthogonal axes accelerometer, such as two or three orthogonally positioned accelerometers, to propagate vehicle position. Because the GPS information should almost always be available, the improved vehicle navigation system relies less on its accelerometers, thereby allowing the use of less expensive accelerometers. The improved vehicle navigation system retains the accuracy of the accelerometers by repeatedly calibrating them with the velocity data obtained from the GPS information. The improved vehicle navigation system calibrates the sensors whenever GPS data is available (for example, once a second at relatively high speeds). Furthermore, the improved vehicle navigation system does not need to rely on map matching to calibrate sensors. System flexibility is improved because map matching is oblivious to the hardware, and the system hardware can be updated without affecting map matching or a change in the map database.

**17 Claims, 13 Drawing Sheets**



**5,862,511**

Page 2

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,253,150 | 2/1981 | Scovill | 364/449 |
| 4,254,465 | 3/1981 | Land | 364/453 |
| 4,301,506 | 11/1981 | Turco | 364/436 |
| 4,312,577 | 1/1982 | Fitzgerald | 353/12 |
| 4,351,027 | 9/1982 | Gay et al. | 364/432 |
| 4,369,441 | 1/1983 | Wohlmuth | 340/733 |
| 4,403,291 | 9/1983 | Von Tomkewitsch | 364/424 |
| 4,504,913 | 3/1985 | Miura et al. | 364/449 |
| 4,513,377 | 4/1985 | Hasebe et al. | 364/449 |
| 4,528,552 | 7/1985 | Moriyama et al. | 340/525 |
| 4,543,572 | 9/1985 | Tanaka et al. | 340/723 |
| 4,546,439 | 10/1985 | Esparza | 364/444 |
| 4,570,227 | 2/1986 | Tachi et al. | 364/444 |
| 4,571,684 | 2/1986 | Takanabe et al. | 364/449 |
| 4,608,656 | 8/1986 | Tanaka et al. | 364/449 |
| 4,639,773 | 1/1987 | Hurst | 358/105 |
| 4,646,089 | 2/1987 | Takanabe et al. | 340/995 |
| 4,660,037 | 4/1987 | Nakamura | 340/990 |
| 4,675,676 | 6/1987 | Takanabe et al. | 340/995 |
| 4,711,125 | 12/1987 | Morrison | 73/178 R |
| 4,758,959 | 7/1988 | Thoone et al. | 364/454 |
| 4,796,191 | 1/1989 | Honey et al. | 364/450 |
| 4,814,989 | 3/1989 | Dobereiner et al. | 364/444 |
| 4,819,175 | 4/1989 | Wuttke | 364/449 |
| 4,847,769 | 7/1989 | Reeve | 364/424.02 |
| 4,890,104 | 12/1989 | Takanabe et al. | 340/995 |
| 4,899,285 | 2/1990 | Nakayama et al. | 364/453 |
| 4,903,212 | 2/1990 | Yokouchi et al. | 342/327 |
| 4,930,085 | 5/1990 | Kleinschmidt | 342/358 |
| 4,949,268 | 8/1990 | Nishikawa et al. | 364/449 |
| 4,954,833 | 9/1990 | Evans et al. | 342/357 |
| 4,989,151 | 1/1991 | Nuimura | 364/449 |
| 5,014,205 | 5/1991 | Sindlinger et al. | 364/449 |
| 5,023,798 | 6/1991 | Neukirchner et al. | 364/449 |
| 5,046,011 | 9/1991 | Kakihara et al. | 364/449 |
| 5,058,023 | 10/1991 | Kozikaro | 364/450 |
| 5,075,693 | 12/1991 | McMillan et al. | 342/457 |
| 5,109,344 | 4/1992 | Kakihara et al. | 364/449 |
| 5,111,209 | 5/1992 | Toriyama | 342/357 |
| 5,119,102 | 6/1992 | Barnard | 342/357 |
| 5,166,882 | 11/1992 | Stambaugh | 701/220 |
| 5,179,519 | 1/1993 | Adachi et al. | 701/216 |
| 5,185,610 | 2/1993 | Ward et al. | 342/357 |
| 5,220,509 | 6/1993 | Takemura et al. | 701/216 |
| 5,233,844 | 8/1993 | Mansell et al. | 342/357 |
| 5,257,195 | 10/1993 | Hirata | 701/216 |
| 5,276,451 | 1/1994 | Odagawa | 342/357 |
| 5,278,424 | 1/1994 | Kagawa | 250/561 |
| 5,311,195 | 5/1994 | Mathis et al. | 342/357 |
| 5,317,515 | 5/1994 | Matsuzaki | 364/454 |
| 5,331,563 | 7/1994 | Masumoto et al. | 342/457 |
| 5,334,986 | 8/1994 | Fernhout | 342/357 |
| 5,337,243 | 8/1994 | Shibata et al. | 364/449 |
| 5,361,212 | 11/1994 | Class et al. | 364/460 |
| 5,367,463 | 11/1994 | Tsuji | 701/216 |
| 5,383,127 | 1/1995 | Shibata | 364/449 |
| 5,416,712 | 5/1995 | Geier et al. | 701/216 |
| 5,422,814 | 6/1995 | Sprage et al. | 364/460 |
| 5,434,788 | 7/1995 | Seymour et al. | 701/207 |
| 5,469,158 | 11/1995 | Morita | 364/460 |
| 5,483,457 | 1/1996 | Shibata et al. | 364/449.7 |
| 5,485,161 | 1/1996 | Vaughn | 364/449.7 |
| 5,488,559 | 1/1996 | Seymour | 364/450 |
| 5,508,931 | 4/1996 | Snider | 364/450 |
| 5,512,903 | 4/1996 | Schmidtke | 701/221 |
| 5,523,765 | 6/1996 | Ichikawa | 364/449.7 |
| 5,525,998 | 6/1996 | Geier | 364/449.7 |
| 5,539,647 | 7/1996 | Shibata et al. | 701/221 |
| 5,563,607 | 10/1996 | Loomis et al. | 701/213 |
| 5,583,776 | 12/1996 | Levi et al. | 364/450 |

| | | | |
|---|---|---|---|
| 5,594,453 | 1/1997 | Rodal et al. | 342/357 |
| 5,596,500 | 1/1997 | Sprague et al. | 701/213 |
| 5,629,708 | 5/1997 | Rodal et al. | 342/357 |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 0488594 | 6/1992 | European Pat. Off. . | |
| 0 496 538 | 7/1992 | European Pat. Off. . | |
| 0 514 887 | 11/1992 | European Pat. Off. . | |
| 0527558 | 2/1993 | European Pat. Off. . | |
| 0 544 403 | 6/1993 | European Pat. Off. . | |
| 0 567 268 | 10/1993 | European Pat. Off. . | |
| 3242904 A1 | 11/1982 | Germany . | |
| 3912108 | 4/1989 | Germany . | |
| 57-158875 | 9/1982 | Japan . | |
| 58009017 | 1/1983 | Japan . | |
| 58-27008 | 2/1983 | Japan . | |
| 58-113711 | 7/1983 | Japan . | |
| 58-11969 | 7/1983 | Japan . | |
| 58-78213 | 10/1983 | Japan . | |
| 60-135817 | 7/1985 | Japan . | |
| 59-28244 | 3/1995 | Japan . | |
| 1 470 694 | 4/1977 | United Kingdom . | |
| 2 014 309 | 8/1979 | United Kingdom . | |
| 2144 007 | 2/1985 | United Kingdom . | |
| 2 115 946 | 9/1993 | United Kingdom . | |
| WO 92/10824 | 6/1992 | WIPO . | |

OTHER PUBLICATIONS

Lezniak, et al.; A Dead Reckoning/Map Correlation System for Automatic Vehicle Tracking; pp. 47–60.

May, 1973; Vehicular Technology; Antartic Navigation; pp. 36–41.

R. L. French; MAP Matching Origins Approaches and Applications; pp. 91–116.

Sep. 1974; R. L. Fey; Automatic Vehicle Location Techniques for Law Enforcement Use; pp. 1–22.

Tsumura, An Experimental System for Automatic Guidance of Ground Vehicle Following the Commanded Guidance Route on Map, pp. 2425–2430.

Totani et al.; Automotive Navigation System; pp. 469–477.

K. Mitamura et al.; SAE Technical Paper Series; The Driver Guide System; pp. 1–9.

Thoone; CARIN, a car information and navigation system; Philips Technical Review; vol. 43, No. 11/12, Dec. 1987; pp. 317–329.

T. Tsumura, et al.; A System for Measuring Current Position and/or Heading of Vehicles; pp. 3–8.

Edward N. Skomal; Automatic Vehicle Locating Systems; pp. 1–12, 65–98, 319–320.

AGARD; No. 176; Medium Accuracy Low Cost Navigation; pp. 28–1 to 28–31.

K. Tagami; et al.; New Navigation Technology to Advance Utilization of Passenger Cars; pp. 413–422.

Tagami et al.; SAE Technical Paper Series; "Electro Gyro–Cator" New Inertial Navigation System etc; pp. 1–15.

AGARD; W. M. Aspin Comed–A Combined Display Including a Full Electronic Facility etc.; pp. 30–1 to 30–11.

Evans; Chrysler Laser Atlas Satellite System (C.L.A.S.S.). pp. 1–31.

R. L. French; The Evolution of Automobile Navigation, 1992, Arlington, Virginia.

R. L. French, et al.; A Comparison of IVHS Progress in the United States, Japan and Europe.etc. Mar. 1994 pp. 17–22.

M. Shibita; et al; Current Status and Future Plans for Digital Map Databases in Japan; Oct. 1993 pp. 29–33.

Itoh, The Development of the Drive Guide System (japanese with English summary). 1989.

**5,862,511**

Page 3

Business Week Magazine; Space–Age Navigation for the Family Car; pp. 82–84, 1984.

Journal: Nissan Technical Review; The Development of a New Multi–AV System, 1991.

Buxton, et al., The Travelpilot: A Second–Generation Automotive Navigation System, 1991.

Pilsak, Eva–An Electronic Traffic Pilot for Motorists, 1986.

French, The Evolving Roles of Vehicular Navigation, 1987, pp. 212, 216.

Claussen, et al.; Status and Directions of Digital Map Databases in Europe; 1993, pp. 25–28.

Jarvis, et al., Cathode–Ray Tube Information Center with Automotive Navigation, pp. 123–137.

Dork, Satellite Navigation Systems for Land Vehicles; 1987, pp. 2–5.

French, Automobile Navigation: Where is it Going? 1987, pp. 6–12.

LaHaije, et al., Efficient Road–Map Management for a Car Navigation System, pp. 477–491.

French, et al., Automatic Route Control System; 1973, pp. 36–41.

Tsumura, et al., Automatic Vehicle Guidance—Commanded Map Routing, pp. 62–67.

Sugie, et al., CARGuide—on board computer for automobile route guidance, pp. 695–706.

McLellan, et al., Fleet Management Trials in Western Canada; pp. 797–806.

Skomal, Comparative Analysis of Six Commercially Available Systems; pp. 34–45.

Krause, et al. Veloc—A Vehicle Location and Fleet Management System.

Dittloff, et al., Veloc—A New Kind of Information System; pp. 181–187; 1992.

Article: Vehicle Positioning High Level Map Matching Design Document; pp. 1–25; 195.

Brown, Low Cost Vehicle Location and Tracking using GPS; 1992.



*Fig-1*
PRIOR ART



*Fig-2a*



*Fig – 2b*

* OPTIONAL

_Fig–3a_



*Fig-3b*



GET ACCELERATION

48

READ ACCELEROMETER
DATA

49

DIFFERENCE = DATA -
ZERO OFFSET

50

G's = DIFFERENCE *
SCALE FACTOR

51

ACC = G's * METERS PER
SECOND2 PER G

52

VELOCITY = ACC * DELTA
TIME

( LONGITUDINAL ONLY )

*Fig-4a*



*Fig – 4b*

Case3:12-cv-00575-JSC   Document1-1   Filed02/03/12   Page31 of 47



*Fig-5a*



75
NOISE = 0
I = 0

77
READ DATA [ I ]

79
I = I + 1

81
READ DATA ( I )

83
NOISE = NOISE +/
DATA [ I - 1 ] - DATA [ I ]

85
I = I + 1

87
IS  I < NUMSAMP     YES     NO

89
IS NOISE >
THESHOLD     YES

91
MOTION
DETECTED

NO

93
SET ZERO MOTION
FLAG VELOCITY
ZERO

95
$$\text{ZERO OFFSET} = \frac{\sum\limits_{I=0}^{I=n} \text{DATA}(I)}{n}$$

*Fig-5b*



_Fig-6a_



*Fig-6b*



*Fig-7a*



*Fig-7b*



*Fig-7d*



_Fig-7c_



_Fig-7e_

5,862,511

1

## VEHICLE NAVIGATION SYSTEM AND METHOD

### FIELD OF THE INVENTION

The present invention relates generally to vehicle navigation systems. More particularly, the present invention relates to an improved vehicle navigation system and method using information from a Global Positioning System (GPS) to obtain velocity vectors for vehicle position propagation, and if information from the GPS is not available, then using information from a multiple axis accelerometer to propagate vehicle position.

### BACKGROUND OF THE INVENTION

Current vehicle navigation systems use GPS, such as an electromagnetic wave positioning system, to determine a vehicle's position. Such a GPS system is the Navigation Satellite Timing and Ranging (NAVSTAR) Global Positioning System, which is a space-based satellite radio navigation system developed by the U.S. Department of Defense (DoD). GPS includes NAVSTAR GPS and its successors, Differential GPS (DGPS), or any other electromagnetic wave positioning systems. NAVSTAR GPS receivers provide users with continuous three-dimensional position, velocity, and time data.

NAVSTAR GPS consists of three major segments: Space, Control, and User as illustrated in FIG. 1. The space segment 2 consists of a nominal constellation of 24 operational satellites which have been placed in 6 orbital planes above the Earth's surface. The satellites are in circular orbits in an orientation which normally provides a GPS user with a minimum of five satellites in view from any point on Earth at any one time. The satellites broadcast an RF signal which is modulated by a precise ranging signal and a coarse acquisition code ranging signal to provide navigation data.

This navigation data, which is computed and controlled by the GPS control segment 4, includes the satellite's time, its clock correction and ephemeris parameters, almanacs, and health status for all GPS satellites. From this information, the user computes the satellite's precise position and clock offset.

The control segment consists of a Master Control Station and a number of monitor stations at various locations around the world. Each monitor station tracks all the GPS satellites in view and passes the signal measurement data back to the master control station. There, computations are performed to determine precise satellite ephemeris and satellite clock errors. The master control station generates the upload of user navigation data from each satellite. This data is subsequently rebroadcast by the satellite as part of its navigation data message.

The user segment 6 is the collection of all GPS receivers and their application support equipment such as antennas and processors. This equipment allows users to receive, decode, and process the information necessary to obtain accurate position, velocity and timing measurements. This data is used by the receiver's support equipment for specific application requirements. GPS supports a wide variety of applications including navigation, surveying, and time transfer.

GPS receivers may be used in a standalone mode or integrated with other systems. Currently, land-based navigation systems use vehicle speed sensor, rate gyro and a reverse gear hookup to "dead reckon" the vehicle position from a previously known position. This method of dead

2

reckoning, however, is susceptible to sensor error, and therefore requires more expensive sensors for accuracy and dependability.

The systems that use odometers, gyros and reverse gear hookups also lack portability due to the required connections to odometers and the frailty of gyros. Moreover, these systems are hard to install in different cars due to differing odometer configurations which can have different connections and pulse counts in the transmission. Odometer data also varies with temp, load weight, tire pressure, speed. Alternative connections to cruise control or ABS sensors bring up safety concerns.

Prior systems use a road network stored in a map database to calculate current vehicle positions. These systems send distance and heading information to perform map matching, and map matching calculates the current position based on the road network and the inputted data. These systems also use map matching to calibrate sensors. Map matching, however, has inherent inaccuracies because map matching must look back in time and match data to a location. As such, map matching can only calibrate the sensors when an absolute position is identified on the map, but on a long, straight stretch of highway, sensor calibration using map matching may not occur for a significant period of time.

Accordingly, there is a need for a potentially portable, vehicle navigation system which is flexible, accurate, efficient and cost-effective in determining a current position from a previous position.

### SUMMARY OF THE INVENTION

The improved vehicle navigation system and method uses information from a Global Positioning System (GPS) to obtain velocity vectors, which include speed and heading components, for propagating or "dead reckoning" the vehicle position from a previous position. If information from the GPS is not available, then the improved vehicle navigation system uses information from an orthogonal axes accelerometer, such as two or three orthogonally positioned accelerometers, to propagate vehicle position. Because the GPS information should almost always be available, the improved vehicle navigation system relies less on its accelerometers, thereby allowing the use of less expensive accelerometers. The improved vehicle navigation system retains the accuracy of the accelerometers by repeatedly calibrating them with the velocity data obtained from the GPS information. The improved vehicle navigation system calibrates the sensors whenever GPS data is available (for example, once a second at relatively high speeds). Furthermore, the improved vehicle navigation system does not need to rely on map matching to calibrate sensors. System flexibility is improved because map matching is oblivious to the hardware, and the system hardware can be updated without affecting map matching or a change in the map database.

The use of accelerometers in the improved vehicle navigation system eliminates the need for connections to a heading sensor, speed sensors or a reverse gear, making the improved vehicle navigation system cheaper to install and potentially portable. The improved vehicle navigation system has sensors which are effectively calibrated because the scale factors for the accelerometers vary in a known manner dependent on temperature but fairly independent of other vehicle characteristics. In contrast, for example, an odometer loses accuracy if tire diameter changes due to falling tire pressure. If a third axis acceleration measurement sensor is added, the improved vehicle navigation system can operate

5,862,511

3

completely independent of vehicle sensors, further increasing flexibility in mounting. The third accelerometer provides pitch to assist in calibrating the other accelerometers and in providing more accurate information by, for example, detecting a banked turn.

In accordance with another aspect of the present invention, the improved vehicle navigation system interrogates a map database to obtain heading information for the mapped path segment which the vehicle is moving on. The improved vehicle navigation system updates the heading component for the velocity with the heading information from the map database. The updated velocity is used to propagate the vehicle position.

BRIEF DESCRIPTION OF THE DRAWINGS

Other aspects and advantages of the present invention may become apparent upon reading the following detailed description and upon reference to the drawings in which:

FIG. 1 is a general illustration of the various segments in the NAVSTAR GPS system;

FIG. 2a shows an improved vehicle navigation system using the improved position determination system according to the principles of the present invention, and FIGS. 2b show various hardware configurations for systems using aspects of the improved vehicle navigation system according to the principles of the present invention;

FIG. 3a shows a block/data flow diagram of the improved vehicle navigation system of FIG. 2a, and FIG. 3b shows a block data flow diagram of alternative improved vehicle navigation systems according to aspects of the present invention;

FIGS. 4a and 4b show flow charts for gathering acceleration information and orienting the multiple axis accelerometer;

FIG. 5a shows a block diagram of a zero motion detect system according to the principles of the present invention, and FIG. 5b shows a flow chart for the operation of the zero motion detect system of FIG. 5a;

FIGS. 6a and 6b show a general flow chart of the operation of the improved vehicle navigation system of FIG. 2a; and

FIGS. 7a–7e show general diagrams illustrating how the improved vehicle navigation system updates the heading information with the map heading for position propagations.

While the invention is susceptible to various modifications and alterative forms, specifics thereof have been shown by way of example in the drawings and will be described in detail. It should be understood, however, that the intention is not to limit the invention to the particular embodiment described. On the contrary, the intention is to cover all modifications, equivalents, and alternatives falling within the spirit and scope of the invention as defined by the appended claims.

DETAILED DESCRIPTION OF THE DRAWINGS

An illustrative embodiment of the improved vehicle navigation system according to the principles of the present invention and methodology is described below as it might be implemented to determine a current position from a previous position. In the interest of clarity, not all features of an actual implementation are described in this specification. It will of course be appreciated that in the development of any such actual implementation (as in any development project), numerous implementation-specific decisions must be made to achieve the developers' specific goals and subgoals, such

4

as compliance with system- and business-related constraints, which will vary from one implementation to another. Moreover, it will be appreciated that such a development effort might be complex and time-consuming, but would nevertheless be a routine undertaking of device engineering for those of ordinary skill having the benefit of this disclosure.

Aspects of the improved vehicle navigation system can be used in connection with a variety of system configurations in which GPS signals are used for position propagation. FIG. 2a illustrates, in block diagram form, an exemplary arrangement and use of an improved vehicle navigation system 10 for an automobile 12. In this embodiment, the improved vehicle navigation system 10 uses a GPS antenna 14 to receive the GPS signals. The antenna 14 is preferably of right-hand circular polarization, has a gain minimum of −3 dBiC above 5 degree elevation, and has a gain maximum of +6 dBiC. Patch or Helix antennas matching these specifications can be used. The GPS antenna 14 can be connected to a preamplifier 16 to amplify the GPS signals received by the antenna 14. The pre-amplifier 16 is optional, and the GPS antenna can be directly connected to a GPS receiver 18, which is powered by a power source 20 for the vehicle navigation system 10.

The GPS receiver 18 continuously determines geographic position by measuring the ranges (the distance between a satellite with known coordinates in space and the receiver's antenna) of several satellites and computing the geometric intersection of these ranges. To determine a range, the receiver 18 measures the time required for the GPS signal to travel from the satellite to the receiver antenna. The timing code generated by each satellite is compared to an identical code generated by the receiver 18. The receiver's code is shifted until it matches the satellite's code. The resulting time shift is multiplied by the speed of light to arrive at the apparent range measurement.

Since the resulting range measurement contains propagation delays due to atmospheric effects, and satellite and receiver clock errors, it is referred to as a "pseudorange." Changes in each of these pseudoranges over a short period of time are also measured and processed by the receiver 18. These measurements, referred to as "delta-pseudoranges," are used to compute velocity. Delta ranges are in meters per second which are calculated by the receiver from pseudoranges, and the GPS receiver 18 can track the carrier phase of the GPS signals to smooth out the psuedoranges. The velocity and time data is generally computed once a second. If one of the position components is known, such as altitude, only three satellite pseudorange measurements are needed for the receiver 16 to determine its velocity and time. In this case, only three satellites need to be tracked.

GPS accuracy has a statistical distribution which is dependent on two important factors. The accuracy which can be expected will vary with the error in the range measurements as well as the geometry or relative positions of the satellites and the user. The Geometric Dilution of Precision (GDOP) indicates how much the geometric relationship of the tracked satellites affects the estimate of the receiver's position, velocity, and time. There are four other DOP components which indicate how the geometry specifically affects errors in horizontal position (HDOP), vertical position (VDOP), position (PDOP), and time (TDOP).

DOPs are computed based on the spatial relationships of the lines of sight between the satellites and the user. The motion of the satellites relative to each other and the user causes the DOPs to vary constantly. For the same range

5,862,511

**5**

measurement errors, lower DOPs relate to more accurate estimates. The errors in the range measurements which are used to solve for position may be magnified by poor geometry. The least amount of error results when the lines of sight have the greatest angular separation between them.

For example, if two lines of sight are necessary to establish a user position, the least amount of error is present when the lines cross at right angles. The error in the range measurement is dependent on one of two levels of GPS accuracy to which the user has access. PPS is the most accurate, but is reserved for use by the DoD and certain authorized users. SPS is less accurate and intended for general public use. The SPS signal is intentionally degraded to a certain extent by a process known as Selective Availability (SA). SA is used to limit access to the full accuracy of SPS in the interest of U.S. national security. Differential GPS (DGPS) may be used to correct certain bias-like errors in the GPS signals. A Reference Station receiver measures ranges from all visible satellites to its surveyed position. Differences between the measured and estimated ranges are computed and transmitted via radio or other signals to differential equipped receivers/hosts in a local area. Incorporation of these corrections into the range measurements can improve their position accuracy.

As shown in FIG. 2a, the GPS receiver 18 provides GPS measurements to an application unit 22. The application unit 22 consists of application processing circuitry 24, such as a processor, memory, busses, the application software and related circuitry, and interface hardware 26. In one embodiment of the present invention, the application unit 22 can be incorporated into the GPS receiver 18. The interface hardware 26 integrates the various components of the vehicle navigation system 10 with the application unit 22. In this embodiment, a 2 or 3 axis accelerometer 28 provides acceleration signals to the application unit 22. The accelerometer 28 can include recently available and low cost, micromachined accelerometers. An odometer 29 provides information which can be used in place of the information derived from the accelerometers, but the odometer 29 is optional because it reduces the portability of the system. A map database 30 stores map information, such as a road network, and provides map information to the application unit 22. The map database should have some level of known accuracy, confidence, or defined error. In this embodiment, every change in street segment heading is designated as a shape point which has a heading with a fixed measurement error. A user interface 32, which includes a display and keyboard, allows interaction between the user and the improved vehicle navigation system 10.

FIGS. 2b shows alternative configurations which can incorporate aspects of the improved vehicle navigation as would be understood by one of skill in the art. FIG. 2b contains reference numerals which correspond to the reference numerals of FIG. 2a. FIG. 2b shows that a system 10 can include a combination of the features, such as those shown in dashed lines. For example, the improved vehicle navigation system could rely upon information provided by the GPS receiver 18, the orthogonal axes accelerometer 28 and the map database 30 to propagate vehicle position. In additional embodiments, the improved vehicle navigation system 10 uses the orthogonal axes accelerometer 28, odometer 29 and the map database 30 according to other aspects of the present invention. Other embodiments can include a speed sensor 34, a heading sensor 36, such as a gyro, compass or differential odometer, and a one or two way communication link 38. Other configurations and combinations are possible which incorporate aspects of the present

**6**

invention as would be understood by one of ordinary skill in the art. Moreover, the improved vehicle navigation system can be incorporated in an advanced driver information system which controls and provides information on a variety of automobile functions.

FIG. 3a shows a block and data flow diagram for the improved vehicle navigation system 10 of FIG. 2a. The GPS receiver 18 provides position information, velocity information, psuedoranges and delta pseudoranges to the sensor integrator 40. The sensor integrator 40 uses the velocity information to determine a current position for the vehicle. In this embodiment, if GPS velocity information is not available, the sensor integrator 40 can calculate GPS velocity using the available delta range measurements to determine a current position. GPS velocity information is derived from a set of delta range measurements, and if only a subset of delta range measurements is available, the vehicle navigation system can derive GPS velocity information from the subset of delta range measurements. The vehicle navigation system uses the GPS position information at start-up as a current position and as a check against the current position. If the current position fails the check, then the GPS position can replace the current position.

In accordance with another aspect of the present invention, FIG. 3b shows the flexibility and accuracy of certain embodiments of the improved vehicle navigation system. The vehicle positioning block 22 receives longitudinal acceleration information, $a_{long}$, a lateral acceleration information, $a_{lat}$, a gyro heading, $\theta_g$, an odometer distance, S, map heading, $\theta_{mm}$, and GPS information, including a velocity vector $\vec{v}_G$, a position vector $\vec{x}_G$ and delta range measurements dRi. When GPS velocity information is available and reliable, the vehicle positioning 22 propagates the position vector $\vec{x}(t)$ with the GPS velocity vector $\vec{v}_G$ as follows: $\vec{x}(t) = \vec{x}(t-1) + \vec{v}_G \Delta t$. If the difference between the GPS heading and the map heading is within a threshold, the map heading is used as the heading. If the GPS velocity information is not available or unreliable (at low velocities below 1.5 m/s), the vehicle positioning will propagate the position vector $\vec{x}(t)$ using the available velocity vector with the most merit as follows: $\vec{x}(t) = \vec{x}(t-1) + \vec{v} \Delta t$.

In this particular embodiment, the improved vehicle navigation system can obtain the information used to propagate the vehicle position from several sources such as the available GPS delta range measurement(s), the orthogonal axes accelerometer using lateral and longitudinal acceleration information, the odometer distance and GPS heading, a distance calculation and map heading, the GPS speed information and map heading, gyro heading and longitudinal speed and other variations. In this embodiment, if the difference between the current heading and map heading is less than a threshold value, then the map heading is used as the heading. Vehicle positioning 22 calibrates $\vec{v}_a$ from $\vec{v}_G$ when possible. The GPS position information is used as an overall check on the current position. For example, if | $\vec{x}(t) - \vec{x}_G(t)$ | < (18.5>* PDOP), then $\vec{x}(t) = \vec{x}(t)$. Otherwise, $\vec{x}(t) = \vec{x}_G(t)$. In certain embodiments, all raw inputs could go into a Kalmann filter arrangement which outputs the velocity vector.

The sensor 28 for the embodiments of FIGS. 3a and 3b, which is a multiple axis accelerometer, provides acceleration information for at least two orthogonal axes (lateral, longitudinal and/or vertical). The accelerometers 28 produce a

5,862,511

7

voltage measure. As shown in FIG. 4a for the longitudinal accelerometer, the accelerometer data is read at step 48, and the zero offset (set at the factory and constantly re-checked and reset by the Zero Motion Detector mentioned below) is subtracted from this measure at step 49 to produce a number of volts displacement from zero. This number of volts displaced from zero is then multiplied by a scale factor (set at the factory and continuously re-calibrated by the GPS) to produce a number of G's of acceleration at step 50. This number of G's of acceleration is then multiplied by the number of meters per second squared per G to produce meters per second squared of acceleration at step 51. The meters per second squared of acceleration is then multiplied by the delta time (integrated once) to produce a velocity at step 52. This velocity is saved for the next second. This acceleration information can be used to determine change in distance information, ΔDIST, and change in turn rate information, Δθ.

Initially, the improved vehicle navigation system requires initial conditions for various items, such as accelerometer orientation, accelerometer zero offset, accelerometer scale factor, odometer pulses per mile, and initial vehicle orientation. Factory defaults will be used for each of these items so that no initialization will be necessary. Those items will also need to be maintained, but not necessarily in the absence of all power (i.e. battery loss, or removal from vehicle). An option will be available to manually initialize these items. This would allow immediate use of the system, without having to wait for GPS to be acquired for calibrating these items.

Once GPS has been acquired and is determined to be useable based on its Figure of Merit, GDOP, and Number of Satellite Measurements Used, GPS can be used to calibrate all of the configurable items. It will first determine the accelerometer orientation as described in FIG. 4b. At power on, the assignment of accelerometers to each of the lateral, longitudinal and down axes (if three axis accelerometer is used) are in the same orientation as the last power down, which will be saved in some non-volatile storage. If three accelerometers are used, one will be measuring the Earth's gravity. The accelerometer measuring one G (Earth's Gravity) will be assigned to the Down Axis. For the other two axes, as shown in FIG. 4b, the following procedure will take place. At step 53, the acceleration data is obtained as described in FIG. 4b. The acceleration measurements from each of the two accelerometers will be compared until their difference reaches a pre-defined threshold at step 54. The reason for this is to ensure that the accelerations are uneven enough that a valid compare against current vehicle conditions can be made without ambiguity.

As shown in steps 55–61 for this particular embodiment, once this situation occurs and there is acceleration data computed from the GPS data, the acceleration from each of the accelerometers will be compared to the lateral and longitudinal accelerations computed from the GPS and the accelerometers with the closest acceleration values for each of those axes will be assigned to those axes. Additionally, the initial vehicle orientation is determined because the vehicle heading relative to True North can be computed from the GPS velocities.

With reference to FIG. 3a, the sensor integrator 40 can use the longitudinal and lateral acceleration information as described below to determine a current position for the vehicle if GPS velocity information is not available. In any event, if GPS is available or not, the sensor integrator 40 provides the current position and a velocity (speed and heading) to a map matching block 42. The map matching

8

block 42 provides road segment information for the road segment that the vehicle is determined to be travelling on, such as heading, and a suggested position. The sensor integrator 40 can update the heading component of the velocity information with the heading provided by the map matching block 42 to update the current position. If the map matching block 42 indicates a good match, then the map matched position can replace the current position. If not, the sensor integrator propagates the previous position to the current position using the velocity information. As such, the sensor integrator 40 determines the current position and provides the current position to a user interface and/or route guidance block 46.

The map matching block 42 also provides correction data, such as a distance scale factor and/or offset and a turn rate scale factor and/or offset, to a sensor calibration block 44. The sensor integrator 40 also provides correction data to the sensor calibration block 44. The correction data from the sensor integrator 40, however, is based on the GPS information. Thus, accurate correction data based on the GPS information is continuously available to calibrate the sensors 28 (2 or 3 axis accelerometer) as well as for other sensors 29, 34 and 36 depending on the particular embodiment. The correction data from the map matching block may be ignored by the sensor calibration block 44 until a good match is found between the map information and the current position. If a highly accurate match is found by map matching 42, most likely after a significant maneuver such as a change in direction, the map matched position is used as a reference point or starting position for position propagation according to the principles of the present invention.

The sensor calibration block 44 contains the sensor calibration parameters, such as scale factors and zero factors for the sensors 28, 29 and provides the calibration parameters to the sensor integrator 40 to calibrate the sensors 28, 29. In one embodiment, the system can combine the sensor integrator 40 and sensor calibration 44 into GPS engine 18 using its processor. In certain embodiments, the route guidance and user interface, the sensor integrator 40 and the sensor calibration 44 is performed on an application specific integrated circuit (ASIC).

If the accuracy of a current position is determined to be high (for example, a map matched position at a isolated turn), the improved vehicle navigation system 10 can update the current position with the known position. After the vehicle has moved a distance from the known position which is now a previous position, the improved vehicle navigation system must accurately propagate the vehicle position from the previous position to the current position.

The calculations that will be performed to compute the vehicle position will take place in three coordinate frames. The vehicle position will be reported in geodetic coordinates (latitude, longitude, altitude). The non-GPS data will be provided in body or platform coordinates. The GPS velocities and the equations used for velocity propagation of position will take place in the North, East, Down frame.

The geodetic frame is a representation of the Earth Centered Earth Fixed (ECEF) coordinates that is based on spherical trigonometry. This is the coordinate frame that the mapping database uses. Its units are degrees and meters displacement in height above the geoid. These coordinates will be with respect to the WGS-84 Earth model, which is the Earth model used by the Global Positioning System (GPS). This is mathematically equivalent to the North American Datum 1983 (NAD 83) system which the mapping database is referenced to. The North East Down frame

5,862,511

**9**

is a right-handed orthonormal coordinate system fixed to the vehicle with its axes pointing to the True North, True East, and True Down (perpendicular to the Earth) directions. The body coordinates form a right-handed orthonormal coordinate system with their origin at the navigation unit, the x axis pointing toward the nose of the vehicle, the right axis pointing out the right door of the vehicle and the z axis pointing down perpendicular to the Earth.

During normal operation of the system, and with GPS available, the following are the equations that will be used for computing the vehicle position and the calibration of the accelerometers and odometer.

Definitions:

$\vec{x}$=position vector [latitude longitude altitude]

$\dot{\vec{x}}$=velocity vector [north east down]

$\ddot{\vec{x}}$=acceleration vector [north east down]

$C_N{}^B$=Transformation matrix which rotates a vector from the Body coordinate frame to the North East Down coordinate frame.

The following superscripts will be used to denote the origin of the data:

G=GPS

A=Accelerometer

O=Odometer

The following subscripts will denote time—either time of validity or time period of integration:

t=current time

t−1=time of last data set before the current data set

t−2=time of data set before t−1

Note that t−1 and t−2 do not necessarily imply a one second difference, but only data collection and/or data validity times.

The following subscripts will denote coordinate reference frames:

N=North East Down

B=Body (Nose Right Door Down)

G=Geodetic (latitude longitude height)

To use the information from the non-GPS sensors, their data needs to be rotated from the body frame to the North East Down frame. This is a rotation about the yaw axis measured in degrees from True North to the Nose Axis of the vehicle. The equations for this is:

$$\dot{\vec{x}}^N = C_N{}^B(\dot{\vec{x}}^B).$$

The steady state position propagation equation is based on the physical definition of velocity and acceleration. The current position is equal to the previous position plus the integral of velocity plus the double integral of acceleration.

$$\vec{x}_t = x_{t-1} + \int_{t-1}^{t} \dot{x}\, dt + \int_{t-1}^{t} \left( \int_{t-1}^{t} \ddot{x}\, dt \right) dt$$

The following information is collected at time t:

$\dot{x}_{t-1}{}^G$ The velocity from GPS which was valid at the previous second. This consists of:

$\dot{x}^e$=Velocity in the True East direction (meters/second);

$\dot{x}^n$=Velocity in the True North direction (meters/second);

**10**

$\dot{x}^u$=Velocity in the Up direction (meters/second);

| | |
|---|---|
| $\ddot{x}^{G}_{t-1}$ | The acceleration computed from GPS velocities that was valid from time t-2 to time t-1; |
| $\vec{x}^{G}_{t}$ | The raw GPS position; |
| $\dot{x}^{O}_{t}$ | The speed computed from the number of odometer counts that occurred from time t-1 to time t; and |
| $\ddot{x}^{A}_{t}$ | The acceleration computed from the accelerometers which occurred from time t-1 to time t. |

The following other information is available for use at time t, but was collected at a previous time:

| | |
|---|---|
| $\dot{x}^{G}_{t-2}$ | The velocity from GPS which was valid two time units ago; |
| $\vec{x}_{t-1}$ | The position computed at the previous time; |
| $\ddot{x}^{A}_{t-1}$ | The acceleration, computed from the accelerometers, from time t-2 to time t-1; and |
| $\dot{x}^{O}_{t-1}$ | The velocity computed from the odometer counts from time t-2 to time t-1. |

When GPS is available and has produced a valid position and velocity solution, the following equation will be used for the propagation of the vehicle position:

$$\vec{x}_t = x_{t-1} + \int_{t-1}^{t} \dot{x}\, dt + \int_{t-1}^{t} \left( \int_{t-1}^{t} \ddot{x}\, dt \right) dt$$

or

$$\vec{x}_t = x_{t-1} + (\dot{x}^{G}_{t-1} {}^* \Delta t) +$$

$$\left( \frac{1}{2} \ddot{x}_t{}^A {}^*(\Delta t)^2 \right) + \left( \left( \frac{1}{2} \ddot{x}_{t-1}{}^{G} {}^*(\Delta t)^2 \right) - \left( \frac{1}{2} \ddot{x}_{t-1}{}^A {}^*(\Delta t)^2 \right) \right)$$

This equation is: the current position is equal to the previous position plus the GPS velocity (vector) times the delta time plus the GPS acceleration from two time periods ago minus the Accelerometer acceleration from two time periods ago (a correction factor) plus the Accelerometer acceleration from the current second. In certain embodiments, other sensor information, such as the odometer information, can be used in the above equations if it is determined to be more appropriate than the accelerometer information.

Also computed at this second are:

(1) the GPS heading θ computed as the inverse tangent of the East and North velocities:

$$\theta = a\tan\left( \frac{\dot{x}^e}{\dot{x}^n} \right);$$

(2) the distance from time t−1 to time t, computed from the GPS velocity valid at time t−1 and the double integration of the longitudinal Accelerometer acceleration from time t−1 to time t:

5,862,511

11

$$s = \sqrt{(\dot{x}_{t-1}^s * \Delta t)^2 + (\dot{x}_{t-1}^a * \Delta t)^2} + \frac{1}{2} \ddot{x}^a * (\Delta t)^2;$$

(3) the distance from time t–2 to time t–1, computed from the GPS velocity and acceleration from time t–2 to time t–1. This will be used as a calibration factor for both the Vehicle Speed Sensor and the Longitudinal accelerometer:

$$s = \sqrt{(\dot{x}_{t-2}^s * \Delta t)^2 + (\dot{x}_{t-2}^a * \Delta t)^2} + \frac{1}{2} \ddot{x}_{t-1}^a * (\Delta t)^2;$$

(4) the change in heading from time t–2 to time t–1 from the GPS heading computed at those times. This is used as a correction factor for the lateral accelerometer.

$$\Delta\theta = \theta_{t-2}^{G} - \theta_{t-1}^{G}$$

The use of GPS velocity information for vehicle position propagation in a vehicle navigation system is described in more detail in copending U.S. patent application Ser. No. 08/579,902, entitled "Improved Vehicle Navigation System And Method Using GPS Velocities" and filed concurrently with this application..

Each sensor needs to have calibrations performed on it. The calibrations will be performed using known good data from the GPS receiver 18. The GPS receiver 18 has velocity accuracy to within one meter per second. The GPS velocity information becomes less accurate in low velocity states of less than 1.5 m/s. The GPS velocity information is time tagged so that it matches a particular set of odometer and accelerometer data on a per second basis. Map matching provides correction factors, but they are based on long term trends and not directly associated with any specify time interval. Sensor calibration using the GPS velocities will typically involve the following sensors.

Odometer (Vehicle Speed Sensor) Calibration. The odometer output is the number of ticks of a counter, with a specified number of ticks to be equal to one unit of linear distance traversed. An example is that the GM Vehicle Speed Sensor has 4000 pulses per mile. This will have a default value from the factory and a calibrated value stored in FLASH thereafter. The odometer will be calibrated once per second from the GPS velocity and acceleration that occurred over that same time period, when valid GPS data is available.

Lateral Accelerometer. The lateral accelerometer measures centripetal acceleration. It is used to compute turn angle from the equation: Turn angle in radians is equal to the quotient of centripetal acceleration and tangential velocity. The lateral accelerometer has two values which need to be calibrated: The zero offset and the scale factor. The zero offset is the measurement that the accelerometer outputs when a no acceleration state exists. The scale factor is the number that is multiplied by the difference between the accelerometer read value and the accelerometer zero offset to compute the number of G's of acceleration. The zero motion detect system discussed in FIGS. 5a and 5b will be used to compute the accelerometer zero offset value. The first derivative of the GPS velocities will be used to compute the scale factor calibration.

Longitudinal Accelerometer. The longitudinal accelerometer measures the acceleration along the nose/tail axis of the vehicle, with a positive acceleration being out the nose (forward) and a negative acceleration being out the rear of

12

the vehicle. The longitudinal accelerometer has two values which need to be calibrated: The zero offset and the scale factor. The zero offset is the measurement that the accelerometer outputs when an no acceleration state exists. The scale factor is the number that is multiplied by the difference between the accelerometer read value and the accelerometer zero offset to compute the number of G's of acceleration. The first derivative of the GPS velocities will be used to compute the scale factor calibration. The zero motion detect system shown in FIGS. 5a and 5b will be used to compute the accelerometer zero offset value.

FIG. 5a shows the zero motion detect system with a motion sensor 64 (an orthogonal axes accelerometer in this embodiment) providing motion signals. An amplifier 65 amplifies the motion signals, and in this particular embodiment, the motion signals are digitized in an analog to digital converter 67. The motion signals are provided to a zero motion detection and offset calculation block 69 which is in the application unit 22 (FIG. 2a). The vehicle navigation determines a zero motion state by comparing samples of the motion signals from the motion sensor 64, such as an accelerometer, a gyro, or piezoelectric sensors with a threshold (the threshold is determined by vehicle vibration characteristics for the type of vehicle that the unit is mounted in, or the threshold for motion sensor can be set using other sensors which suggest zero motion, such as odometer, GPS or DGPS). The vehicle navigation system uses at least one of the samples to determine the zero offsets if the zero motion state is detected. At least two samples are preferred to compare over a time interval and averaging those samples to obtain a zero offset for the motion sensor 64. If a zero motion state exists, the vehicle navigation system sets a zero motion flag 71 and uses at least one of the samples to determine the zero offset for the sensor providing the processed motion signals.

The system also provides offset data signals 73 which reflect the zero offset for the sensor providing the motion signals or the raw data used to calculate the zero offset. Upon detecting a zero motion state, the vehicle navigation system can resolve ambiguity of low velocity GPS measurements because the velocity is zero. GPS velocities do not go to zero, so ambiguities exist when in a low velocity state of less than 1.5 m/s. If a zero motion flag is on, then the ambiguities are resolved because the system is not moving. As such, the system freezes the heading and can also set the speed component of velocity to zero.

The following high level language program shows the operation of this particular embodiment of the zero motion detect system.

```
NUMSAMPLES = 16 (in filter array)
WORD            DATA[NUMSAMPLES – 1]
WORD            NOISE
FOR (I = 0; I < NUMSAMPLES; I++)
    NOISE = NOISE + | DATA[I] – DATA[I + 1]|
If (NOISE > THRESHOLD)
    ZERO__MOTION__FLAG = 0
ELSE
    ZERO__MOTION FLAG = 1.
```

FIG. 5b shows a flowchart of a variation of the zero motion detect system. At step 75, the system intializes the variables I and NOISE to zero, and at step 77, the first value of the array is read. The counter I is incremented at step 79, and the system reads the next sample at step 81. At step 83, the system begins to accumulate the differences between consecutive samples of the motion signals. The system loops through steps 81–87 until all the samples have been read and

5,862,511

**13**

the difference between consecutive samples accumulated in the variable NOISE. Once all the samples have been read, the system compares the variable NOISE with the threshold value at step 89. If the NOISE variable is greater than the threshold, then the system determines that motion has been detected in step 91. If the NOISE variable is less than the threshold, the system sets the zero motion flag and determines that the velocity is zero at step 93. The setting of the zero motion flag can set distance changes to zero, lock the heading and current position. Additionally, at step 95, the system calculates the zero offset for the sensor being sampled.

With regard to FIG. 5b and the high level program above, the system is described as sampling the motion signals from one sensor 64, such as one axis of the orthogonal axes accelerometer. In this particular embodiment, the motion signals for each of the orthogonal axes of the accelerometer is sampled and zero offsets for each is determined. Furthermore, zero offsets, sensor calibration or resolving of ambiguities can be accomplished for other sensors using the zero motion detection system according to the principles of the present invention. The use of a zero motion detection system in a vehicle navigation system is described in more detail in copending U.S. patent application Ser. No. 08/579, 903, entitled "Zero Motion Detection System For Improved Vehicle Navigation System" and filed concurrently with this application.

FIGS. 6a and 6b show a general flowchart illustrating how the improved vehicle navigation system 10 propagates a previous position to a current position. At step 150, the improved vehicle navigation system determines if the vehicle is in a zero motion state as described above. If so, the system, at step 152, sets the change in distance to zero, locks the heading and current position, and calibrates the zero offsets.

If the system determines that the vehicle is moving, the system proceeds to step 154 to determine if a GPS solution is available. If GPS is available, the system uses the GPS velocity information to determine the current position. The GPS velocity information is very accurate above velocities of 1.5 m/s because GPS delta ranges are used to calculate the velocities. Using the GPS velocities for position propagation has other advantages. For example, the GPS receiver does not require calibration because of no inherent drift, and the GPS measurements can be used to calibrate other sensors. Moreover, cheaper sensors can be used because there is no need to use the sensors very often, and the sensors can be calibrated very often using the GPS measurements. The GPS receiver supports portability because it is independent of the vehicle and does not require a link to the vehicle odometer and reverse gear.

As shown in step 156, the system calculates east and north accelerations as follows:

$$e\text{-acc}=e\text{-vel1-last.e.vel} \tag{1}$$

$$n\text{-acc}=n\text{-vel1-last.n-vel} \tag{2}.$$

The accelerations are used to calculate east and north displacements as follows:

$$e\text{-dist}=(e\text{-vel1}*\Delta t)+\tfrac{1}{2}(e\text{-acc}*(\Delta t)^2) \tag{3}$$

$$n\text{-dist}=(n\text{-vel1}*\Delta t)+\tfrac{1}{2}(n\text{-acc}*(\Delta t)^2) \tag{4}.$$

The current position is calculated as follows:

**14**

$$lat=lat+(n\text{-dist} * degrees/meter) \tag{5}$$

$$long=long+(e\text{-dist} * degrees/meter) \tag{6},$$

where degrees/meter represents a conversion factor of meters to degrees, taking into consideration the shrinking number of meters in a degree of longitude as the distance from the Equator increases. Finally, at step 156, the system calibrates the sensor items, such as the accelerometer scale factors and the odometer distance using information from the equations described above. The system can keep the sensors well calibrated because calibrating can occur once per second (scale factors) if the velocity is above 1.5 m/s.

If a full GPS solution is not available at step 154, the system checks at step 58 whether any GPS measurements are available. If so, the system computes the velocity information from the available subset of delta range measurements at step 160. If, at step 162, the velocity information is good, the system calculates current position using the equations 1–6 at step 164 but without calibrating the acceleration scale factors and the odometer distance in this embodiment. If the GPS velocity is determined not to be good at step 162, the system checks the heading component of the GPS velocity at step 166. If the GPS heading component is determined to be valid, then at step 168, the change in distance is set with the odometer distance, and the heading is set with the GPS heading calculated from the GPS delta range measurements. Alternatively, an odometer is not used, and the distance is derived from the longitudinal acceleration information. With this heading and distance, the system calculates a position (lat, long) at step 170 using the equations as follows:

$$e\text{-dist}=\Delta Dist * sin(heading) \tag{7}$$

$$n\text{-dist}=\Delta Dist * cos(heading) \tag{8}.$$

After calculating the east and north distances, the system determines the vehicle position using equations 5 and 6, but calibration is not performed at this point in this embodiment.

If the system determines at step 166 that the GPS heading is not valid (GPS blockage or low velocity) or at step 158 that the GPS measurements are insufficient, the system falls back on the orthogonal axes accelerometer(s) and the odometer in this particular embodiment. GPS velocity information is subject to errors at speeds of less than 1.5 m/s, unless using a more accurate GPS system. For example, in a vehicle navigation system using DGPS, the threshold velocity is lower because of the higher accuracy of the system. As such, the vehicle navigation system proceeds to step 172 to determine the change in distance using lateral and longitudinal acceleration information from the orthogonal axes accelerometer(s). At step 174, the system compares the longitudinal distance from the accelerometer with the odometer distance, and if the difference between them exceeds a threshold value, the odometer distance is used at step 176. If the difference is less than the threshold, then the accelerometer distance or the odometer distance can be used for the distance at step 178. According to some aspects of the present invention, the system could fall back on only the orthogonal axes accelerometer(s). As shown in dashed step 173, if an odometer is not used, the distance is derived from the longitudinal acceleration information. Once the change in distance is determined, the system calculates the position at step 180 using the following equations to determine heading as follows:

5,862,511

15                                                                16

$$\text{speed} = \Delta \text{Dist} / \Delta t \qquad (9)$$

$$\Delta\theta = \theta_{lat} \text{ (lateral acceleration) / longitudinal speed} \qquad (10)$$

$$\text{heading} = \text{heading} + \Delta\theta (\text{module } 360°) \qquad (11)$$

After determining heading, the system uses equations 7 and 8 to determine the east and north distances and equations 5 and 6 to determine position.

The use of multiple, orthogonal axes acceleration information to propagate a vehicle position from a previous position to a current position is described in more detail in copending U.S. patent application Ser. No. 08/580,177, entitled "Improved Vehicle Navigation System And Method Using A Multiple Axes Accelerometer" and filed concurrently with this application.

After determining the initial current position at step 156, 164, 170 or 180, the system proceeds to step 182 where the current position is compared with the GPS position. If the current position is within an acceptable distance (within 100 m for example) from the GPS position, the system determines that the current position is valid at step 184. If not, the system replaces the current position with the GPS position at step 186. At this point, the system sends to a map matching step 188 a position and velocity, which has speed and heading components. Depending on the configuration of the map database 30, other information can be sent to the map matching block 188, such as heading and distance based on the current and previous positions, a current position and figures of merit (FOM) for each.

The map matching block 188 sends back a map matched current position, distance, heading, FOMs for each and calibration data. In this embodiment, the map matching block 188 interrogates the map database 30 (FIG. 2a) to obtain a heading of the mapped path segment which the vehicle is determined to be traversing. The map matching block 188 updates the heading associated with the current position, which was based on GPS and/or sensor calculations, to obtain an updated current position. As such, the map matching block 188 uses the map heading to update the heading based on the GPS velocity information, the heading based on the GPS position information of step 186, the heading from the sensors, or the heading based on a current position determined through a combination of GPS and sensor information, such as an embodiment with all raw inputs going into a Kalman filter.

As shown in FIG. 7a, the vehicle navigation system 10 (FIG. 2a) uses GPS velocity information to propagate a previous position 191 to a current position 192 (by adding displacements 194 and 196 obtained from the velocity information (integrated) to the previous position). In FIG. 7b, if GPS information is not available, the vehicle navigation system uses sensor information to propagate the previous position 191 to current position 192 using heading and distance 198. If the difference between the GPS heading (or current heading from the sensors if GPS is not used) and the map heading is within a threshold, then the map heading is used as the heading for position propagation. The vehicle navigation system 10 can accomplish this in alternative ways. For example, as shown in FIG. 7c using GPS velocities, the vehicle navigation system 10 rotates the GPS velocity vector 200 to align with the map heading 202 if the GPS and map headings are within the threshold and integrates the rotated GPS velocity vector 204 to obtain the displacements 208 and 210. As shown, the updated current position 206 is obtained by applying orthogonal displacements 208 and 210 to the previous position 191.

Errors usually involve heading determinations due to drift errors in gyro or compass. Displacement is easy to test and one of the most accurate components in the GPS measurements and also in the sensors, so the system uses the entire displacements from the GPS velocity information or the dead reckoning sensors, such as the accelerometers. Thus, the improved vehicle navigation system can use low cost sensors which are less sensitive because heading can be corrected with map heading.

As shown in FIG. 7d, if the vehicle navigation system uses sensor information to propagate the previous position 191 to current position 192 using heading and distance 198, the map heading 202 can be used as the heading for position propagation to the updated current position 206. FIG. 7e shows an alternative way of updating the GPS heading and thus the current position by projecting the velocity vector 200 to align with the map heading 202 and integrating the projected velocity 212 to obtain displacements 214 and 216. The system 10 obtains the updated current position 192 by applying the displacements 214 and 216 to the previous position 191. The use of map heading to update the information obtained from the non-GPS sensors or a combination of GPS and other sensors can be accomplished in a similar manner as would be understood by one of skill in the art. Depending on the information available and the particular embodiment, the improved vehicle navigation system can react differently to the information provided by the map matching block 188.

The improved vehicle navigation system will rely heavily on the GPS information for positioning and a high frequency of sensor calibration because GPS information is available a great deal of the time. When GPS is available, the improved vehicle navigation system can use the map matching block 188 to provide an overall check on the current position and to provide position and heading correction data which is used if map matching 188 determines it is highly reliable. In this particular embodiment, the current position (w/o map matching) is determined once per second. If the vehicle has travelled more than 15 meters since the last call to map matching 188, then the current position is passed to map matching 188. If the vehicle is travelling at high speed, the system will go to map matching 88 at each current position determination at the maximum rate of once per second. When GPS is not available or unreliable, the improved vehicle navigation system has well calibrated sensors to rely on, and the improved vehicle navigation system can rely more on the information from the map matching block 188 for positioning and sensor calibration.

Thus, the improved vehicle navigation system provides several significant advantages, such as flexibility, modularity, and accuracy at a cheaper cost because GPS information can be used to calibrate sensors more often and updating can be performed at a complete stop. These advantages occur because the system relies heavily on GPS velocity information to propagate vehicle position. The GPS velocity information is more reliable (within about 1 m/s) than the GPS position data (within about 100 m). Position data from GPS velocity information propagated positions is smoother than GPS position data which is not accurate enough by itself for turn-by-turn vehicle position propagation.

The principles of the present invention, which have been disclosed by way of the above examples and discussion, can be implemented using various navigation system configurations and sensors. The improved vehicle navigation system, for instance, can be implemented without using an odometer connection and obtaining distance information from the accelerometer inputs when GPS is not available to improve portability and installation costs. Moreover, the

5,862,511

**17**

improved vehicle navigation system can obtain dead reck-
oning information from GPS signals when a full set of GPS
measurements is available, and use its sensors when any-
thing less than a full set of GPS signals is available. Those
skilled in the art will readily recognize that these and various
other modifications and changes may be made to the present
invention without strictly following the exemplary applica-
tion illustrated and described herein and without departing
from the true spirit and scope of the present invention, which
is set forth in the following claims.

We claim:

1. An improved vehicle navigation system comprising:
   a map database with map information, said vehicle navi-
   gation system derives a map heading from said map
   information; and
   a GPS receiver which provides GPS velocity information
   including a heading, said vehicle navigation system
   uses said velocity information to propagate a previous
   position to a current position and interrogates said map
   database to obtain said map heading information; said
   vehicle navigation system updates said velocity infor-
   mation with said map heading for propagating said
   previous position to said current position if the differ-
   ence between the heading of said velocity information
   and said map heading are within a threshold, wherein
   said system rotates said velocity to align with said map
   heading and integrates the rotated velocity to obtain
   displacements; said system obtains said current posi-
   tion by applying said displacements to said previous
   position.

2. An improved vehicle navigation system comprising:
   a map database with map information, said vehicle navi-
   gation system derives a map heading from said map
   information; and
   a GPS receiver which provides GPS velocity information
   including a heading, said vehicle navigation system
   uses said velocity information to propagate a previous
   position to a current position and interrogates said map
   database to obtain said map heading information; said
   vehicle navigation system updates said velocity infor-
   mation with said map heading for propagating said
   previous position to said current position if the differ-
   ence between the heading of said velocity information
   and said map heading are within a threshold, wherein
   said system projects said velocity onto said map head-
   ing and integrating said projected velocity to obtain a
   displacement and obtaining said current position by
   applying said displacement to said previous position.

3. A method of estimating the velocity of a vehicle known
to be on a mapped path comprising:
   determining the velocity of the vehicle, the velocity
   including a heading;
   interrogating a map database to obtain a map heading of
   said mapped path; and
   updating said velocity with said map heading if the
   difference between the heading of said velocity and
   said map heading are within a threshold;
   using said velocity to propagate a previous position to a
   current position, wherein said step of using includes
   rotating velocity to align with said map heading and
   integrating rotated velocity to obtain a displacement
   and obtaining said current position by applying said
   displacement to said previous position.

4. A method of estimating the velocity of a vehicle known
to be on a mapped path comprising:
   determining the velocity of the vehicle, the velocity
   including a heading;

**18**

   interrogating a map database to obtain a map heading of
   said mapped path;
   updating said velocity with said man heading if the
   difference between the heading of said velocity and
   said map heading are within a threshold; and
   using said velocity to propagate a previous position to a
   current position, wherein said step of using includes
   projecting said velocity to align with said map heading
   and integrating said projected velocity to obtain a
   displacement and obtaining said current position by
   applying said displacement to said previous position.

5. An improved vehicle navigation system, comprising an
orthogonal axes accelerometer which provides longitudinal
and lateral acceleration information and a GPS receiver
which provides GPS velocity information, said vehicle
navigation system uses said lateral acceleration information
to derive heading change; said vehicle navigation system
uses said heading change to propagate a previous position to
a current position: said vehicle navigation system uses said
GPS velocity information to propagate said previous posi-
tion to said current position if GPS velocity information is
used; said vehicle navigation system determines lateral and
longitudinal calibration information from said GPS velocity
information to calibrate said orthogonal axes accelerometer.

6. An improved vehicle navigation system, comprising:
   a GPS receiver which provides GPS velocity information,
   said vehicle navigation system uses said GPS velocity
   information to propagate a previous position to a cur-
   rent position;
   an orthogonal axes accelerometer provides longitudinal
   and lateral acceleration information, said vehicle navi-
   gation system determines lateral and longitudinal cali-
   bration information from said GPS velocity informa-
   tion to calibrate said orthogonal axes accelerometer,
   said vehicle navigation system determines heading
   change using said lateral acceleration information; and
   said vehicle navigation system uses said heading
   change to propagate a previous position to a current
   position if said GPS velocity information is not used.

7. The system of claim 6 wherein said system uses said
longitudinal acceleration information and said heading
change to propagate a previous position to a current position
if said GPS velocity information is not used.

8. A method of propagating a previous position to a
current position in a position determination system, said
method including the steps of:
   providing longitudinal acceleration information from an
   orthogonal axes accelerometer;
   providing lateral acceleration information from said
   orthogonal axes accelerometer;
   determining longitudinal speed from said longitudinal
   acceleration information;
   deriving heading change from said lateral acceleration
   information and said longitudinal speed;
   using said heading change and said longitudinal accelera-
   tion to propagate a previous position to a current
   position
   providing GPS velocities;
   determining lateral and longitudinal calibration informa-
   tion from said GPS velocities: and
   calibrating said orthogonal axes accelerometer with said
   lateral and longitudinal calibration information.

9. The method of claim 8 further including the steps of:
   updating scale factors for said orthogonal axes acceler-
   ometer using said lateral and longitudinal calibration
   information.

5,862,511

**19**

10. An improved vehicle navigation system, comprising:
a GPS receiver which provides GPS velocity information, said vehicle navigation system uses said GPS velocity information to propagate a previous position to a current position; and

an orthogonal axes accelerometer provides motion signals having longitudinal and lateral acceleration information and zero offsets, said vehicle navigation system determines heading change using said lateral acceleration information; said vehicle navigation system uses said heading change to propagate a previous position to a current position if said GPS velocity information is not used, said vehicle navigation system compares said motion signals with a threshold to determine a zero motion state, and if said vehicle navigation system is in said zero motion state, said vehicle navigation system determines said zero offsets.

11. An improved vehicle navigation system, comprising:
a GPS receiver which provides GPS velocity information, said vehicle navigation system uses said GPS velocity information to propagate a previous position to a current position; and

an orthogonal axes accelerometer provides motion signals having longitudinal and lateral acceleration information and zero offsets, said vehicle navigation system determines heading change using said lateral acceleration information; said vehicle navigation system uses said heading change to propagate a previous position to a current position if said GPS velocity information is not used, said vehicle navigation system comparing said motion signals with a threshold to determine a zero motion state, and said vehicle navigation system locks heading changes and calibrates said zero offsets if said vehicle navigation system is in said zero motion state.

12. An improved vehicle navigation system, comprising:
a GPS receiver which provides GPS velocity information, said vehicle navigation system uses said GPS velocity information to propagate a previous position to a current position;

an orthogonal axes accelerometer provides motion signals having longitudinal and lateral acceleration information and zero offsets, including longitudinal and lateral acceleration information, said vehicle navigation system determines heading change using said lateral acceleration information and longitudinal speed; said vehicle navigation system uses said heading change to propagate a previous position to a current position if said GPS velocity information is not used, said vehicle navigation system comparing said motion signals with a threshold to determine a zero motion state, and said vehicle navigation system locks heading changes and calibrates said zero offsets of said orthogonal axes accelerometer if said vehicle navigation system is in said zero motion state;

an odometer provides displacement information, said vehicle navigation system determines displacement using at least one of said longitudinal acceleration information and said displacement information, said vehicle navigation system determines heading change from said lateral acceleration information, said vehicle navigation system determines odometer calibration information from said GPS velocity information if said GPS velocity information is used, said vehicle navigation system uses said heading change and said displacement to propagate a previous position to a current position if said GPS velocity information is not used; and

**20**

a map database which stores map information, said vehicle navigation system determines a heading from said map information, said vehicle navigation system updates said GPS velocity information with said heading before propagating said previous position to a current position.

13. An improved vehicle navigation system, comprising:
a GPS receiver which provides GPS velocity information, said vehicle navigation system uses said GPS velocity information to propagate a previous position to a current position;

an orthogonal axes accelerometer provides longitudinal and lateral acceleration information, said vehicle navigation system determines lateral and longitudinal calibration information from said GPS velocity information to calibrate said orthogonal axes accelerometer if said GPS velocity information is used; and

an odometer provides displacement information, said vehicle navigation system determines displacement using at least one of said longitudinal acceleration information and said displacement information; said vehicle navigation system determines heading change using said lateral acceleration information; said vehicle navigation system uses said heading change and said displacement to propagate a previous position to a current position if said GPS velocity information is not used; and

a map database which stores map information, said vehicle navigation system determines a map heading from said map information, said vehicle navigation system updates said GPS velocity information with said map heading before propagating said previous position to a current position if the difference between said map heading and the heading of said GPS velocity information is within a threshold.

14. The system of claim 13 wherein said system determines heading change using said longitudinal acceleration information.

15. An improved vehicle navigation system, comprising:
a GPS receiver which provides GPS delta range information and GPS velocity information calculated from a set of said GPS delta range information, said vehicle navigation system uses said GPS velocity information when said set of GPS delta range information is available and calculates GPS velocity information from a subset of said GPS delta range information when said set of GPS delta range information is not available and uses said GPS velocity information to propagate a previous position to a current position;

an orthogonal axes accelerometer provides motion signals having longitudinal and lateral acceleration information and zero offsets, said vehicle navigation system determines heading change using said lateral acceleration information; said vehicle navigation system uses said heading change to propagate a previous position to a current position if said GPS velocity information is not used, said vehicle navigation system comparing said motion signals with a threshold to determine a zero motion state, and said vehicle navigation system locks heading changes and calibrates said zero offsets if said vehicle navigation system is in said zero motion state; and

a map database which stores map information, said vehicle navigation system determines a map heading from said map information, said vehicle navigation system updates said GPS velocity information with

5,862,511

21

said map heading before propagating said previous position to a current position if the difference between the heading of said GPS velocity information and said map heading is within a threshold.

16. An improved vehicle navigation system, comprising:

a GPS receiver which provides GPS velocity information, said vehicle navigation system uses said GPS velocity information to propagate a previous position to a current position;

an orthogonal axes accelerometer provides longitudinal and lateral acceleration information, said vehicle navigation system determines heading change using said lateral acceleration information; said vehicle navigation system uses said heading change to propagate a previous position to a current position if said GPS velocity information is not used, said vehicle navigation system determines latitudinal and longitudinal calibration information from said GPS velocity information to calibrate said orthogonal axes accelerometer;

an odometer provides displacement information, said vehicle navigation system determines displacement using at least one of said longitudinal acceleration information and said displacement information; said vehicle navigation system determines heading change using said lateral acceleration information; said vehicle navigation system uses said heading change and said displacement to propagate a previous position to a current position if said GPS velocity information is not used, said vehicle navigation system determines odometer calibration information from said GPS velocity information if said GPS velocity information is used to calibrate said odometer; and

a map database which stores map information, said vehicle navigation system determines a map heading from said map information, said vehicle navigation system updates said GPS velocity information with

22

said map heading if the difference between the GPS heading and said map heading are within a threshold before propagating said previous position to a current position.

17. An improved vehicle navigation system, comprising:

a GPS receiver which provides GPS velocity information, said vehicle navigation system uses said GPS velocity information to propagate a previous position to a current position;

an orthogonal axes accelerometer provides motion signals having longitudinal and lateral acceleration information and zero offsets, said vehicle navigation system determines heading change using said lateral acceleration information; said vehicle navigation system uses said heading change to propagate a previous position to a current position if said GPS velocity information is not used, said vehicle navigation system comparing said motion signals with a threshold to determine a zero motion state, and said vehicle navigation system locks heading changes and calibrates said zero offsets if said vehicle navigation system is in said zero motion state, said vehicle navigation system determines lateral and longitudinal calibration information from said GPS velocity information to calibrate said orthogonal axes accelerometer if said GPS velocity information is used if said vehicle navigation is not in said zero motion state; and

a map database which stores map information, said vehicle navigation system determines a map heading from said map information, said vehicle navigation system updates said GPS velocity information with said map heading if the difference between the heading of said GPS velocity information and said map heading is within a threshold before propagating said previous position to a current position.

*  *  *  *  *